VEXATIOUS LITIGANT w/ PREFILING ORDER

PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED

PRESS FIRMLY TO SEAL



UNITED STATES POSTAL SERVICE

 UNITED STATES POSTAL SERVICE   Click-N-Ship®



usps.com
$9.65
US POSTAGE
Flat Rate Env

9405 5036 9930 0648 7497 66 0096 5000 0079 4102

U.S. POSTAGE PAID
Click-N-Ship®

01/08/2024    Mailed from 72601    986741535749985

- Expected delivery date specified for domestic
- Domestic shipments include $100 of insurance
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

PRIORITY MAIL®

DAVID A STEBBINS
APT D
123 W RIDGE AVE
HARRISON AR 72601-4236

Expected Delivery Date: 01/10/24

0003

RECEIVED
JAN 10 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

C004



CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
NORTH DISTRICT OF CALIFORNIA
SAN FRANCISCO CALIFORNIA 94102-3661

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

RECEIVED
JAN 10 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

USPS TRACKING #



9405 5036 9930 0648 7497 66

Electronic Rate Approved #038555749



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

This package is made from post-consumer waste. Please recycle - again.



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.