VEXATIOUS LITIGANT W/ PREFILING ORDER

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE

Click-N-Ship®

usps.com
9405 5036 9930 0648 7497 66 0096 5000 0079 4102
$9.65
US POSTAGE
Flat Rate Env
U.S. POSTAGE PAID
Click-N-Ship®
01/08/2024     Mailed from 72601     986741535749985

- Expected delivery date specified for domestic...
- Domestic shipments include $100 of insurance...
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

PRIORITY MAIL®

DAVID A STEBBINS
APT D
123 W RIDGE AVE
HARRISON AR 72601-4236

Expected Delivery Date: 01/10/24
0003

RECEIVED
JAN 10 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

C004

CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT
U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO CALIFORNIA 94102-3661

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

RECEIVED
JAN 10 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.

USPS TRACKING #

9405 5036 9930 0648 7497 66

Electronic Rate Approved #038555749

PS00001000014
EP14F July 2022
OD: 12 1/2 x 9 1/2
USPS.COM/PICKUP



# UNITED STATES POSTAL SERVICE®  |  PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.