## Re: Re:

From: Templar Dragonknight, Son of Thunder (thiagovrex@gmail.com)

To:　　acerthorn@yahoo.com

Date:　Sunday, August 27, 2023 at 08:00 PM CDT

My intentions were never, ever to make a market substitute for your videos. If I did, I would have monetized the videos.

I repeat: I only exercised my right to critique in the videos in the area of ideas, without ever having another intention that wasn't the debate of ideas. We're done discussing this.

> Em dom., 27 de ago. de 2023 21:51, Acerthorn <acerthorn@yahoo.com> escreveu:
>
>> It honestly feels like your intention was to provide a market substitute for my videos, not to debate me. Check out timestamp 44:27 - 45:27 of my video about you for the difference between "market suppression" (which is legal) vs "market substitute" (which is not legal). By copying literally 100% of my original videos, even when you don't need to, you're necessarily creating a market substitute.
>>
>> Anyway, look into a gofundme and see if anyone with a decent sized channel is willing to help you spread it.
>>
>> As of the time of this writing, I'm currently thinking about asking for $5,000 USD. That's less than the minimum statutory damages. As I explained in my video about you, the statutory damages can't go any lower than $7,500, even if the judge wanted to, because you infringed on ten copyrighted songs at once.
>>
>> Now, what I plan to do with that money is ... get a used vehicle so I can finally go and apply for a job that isn't work-from-home! You heard about my paywalled video "I'm friendless by choice and family-less by choice, and here's why?" Well, I'll attach a brief excerpt from that video, discussing what happened to my last vehicle, and why I'm jobless now.
>>
>> So as you can see, I'm not just making this demand out of pure greed. I want to be productive, and a $5,000 payment so I can get a used vehicle is the quickest and easiest way for me to once again become a productive member of society. I have a noble goal with this request.
>>
>> So does that help you in seriously considering acquiescing to this request?
>>
>> On Sunday, August 27, 2023 at 07:42:26 PM CDT, Templar Dragonknight, Son of Thunder <thiagovrex@gmail.com> wrote:
>>
>>
>> My intention was to debate ideas on the videos, even if on a harsh way. That was always the intention on my videos.
>>
>>> Em dom., 27 de ago. de 2023 21:40, Templar Dragonknight, Son of Thunder <thiagovrex@gmail.com> escreveu:
>>>
>>>> I discarded that option.
>>>>
>>>> Em dom., 27 de ago. de 2023 21:38, Acerthorn <acerthorn@yahoo.com> escreveu:
>>>>
>>>>> I don't even understand this message. Are you saying that Rumble will automatically delete anything that YouTube has already taken down? How would Rumble even have a way of knowing what YouTube has already removed? What, are those sites linked or something?
>>>>>
>>>>> On Sunday, August 27, 2023 at 07:37:11 PM CDT, Templar Dragonknight, Son of Thunder <thiagovrex@gmail.com> wrote:

That workaround is not correct, everything must follow YouTube's guidelines. I reached this conclusion

Em dom., 27 de ago. de 2023 21:30, Acerthorn <acerthorn@yahoo.com> escreveu:

> Can you show me a screenshot where Creetosis actually suggested this?
>
> On Sunday, August 27, 2023 at 07:27:31 PM CDT, Templar Dragonknight, Son of Thunder <thiagovrex@gmail.com> wrote:
>
>
> Okay. First, the work around was posting my debunking series on Rumble. Look, I am just really sorry, okay. I was angry when I texted.
>
> Em dom., 27 de ago. de 2023 21:12, Acerthorn <acerthorn@yahoo.com> escreveu:
>
>> I already watched the first video (or at least, part 1 of the three-part series). I was talking about your behavior overall. Like when you called me a dickhead, or a motherfucking asshole.
>>
>> And why do you see me as nothing but a hypocrite when I clap back at those who are disrespectful to me first, like Creetosis or Imperious Studios?
>>
>> Also, you didn't answer my other question. Because depending on the answer to that question, it might affect what I include in my settlement offer.
>>
>> On Sunday, August 27, 2023 at 07:00:53 PM CDT, Templar Dragonknight, Son of Thunder <thiagovrex@gmail.com> wrote:
>>
>>
>> Alright Acer, the first time was because of the way you treated my friend. I really didn't agree with the way you dealt with him. However, if you had watched the video you would have seen that me being disrespectful was basically me giving my opinion on a harsh way, I didn't insult you or anything in that first video.
>>
>> Em dom., 27 de ago. de 2023 20:58, Acerthorn <acerthorn@yahoo.com> escreveu:
>>
>>> Then show it.
>>>
>>> Tell me why you became so toxic in the first place, and why you felt so entitled to be so disrespectful.
>>>
>>> On Sunday, August 27, 2023 at 06:57:25 PM CDT, Templar Dragonknight, Son of Thunder <thiagovrex@gmail.com> wrote:
>>>
>>>
>>> Okay, I will treat you with respect here. I just want my channel back.
>>>
>>> Em dom., 27 de ago. de 2023 20:54, Acerthorn <acerthorn@yahoo.com> escreveu:
>>>
>>>> First, why don't you actually show me some respect? Since Day 1, this is all I've ever asked for. Ever since you published your first ever video about me, you literally started off by saying that video "will not be very respectful."
>>>>
>>>> Why don't you actually treat me pursuant to the Golden Rule, just a little bit, and maybe we'll talk.
>>>>
>>>> On Sunday, August 27, 2023 at 06:38:43 PM CDT, Templar Dragonknight, Son of Thunder <thiagovrex@gmail.com> wrote:
>>>>
>>>>
>>>> You take back those copystrikes and I delete every single video I have about you in my channel. Every single one.

Em dom., 27 de ago. de 2023 20:36, Templar Dragonknight, Son of Thunder
<thiagovrex@gmail.com> escreveu:

Whatever, I don't care about them anymore. I just want my channel back. Can we
reach an agreement?

Em dom., 27 de ago. de 2023 18:17, Acerthorn <acerthorn@yahoo.com>
escreveu:

What's wrong? Cat got your tongue? Aren't you going to clap back against me
with a cuss-filled retort? Or do you finally accept that your videos about me
weren't fair use after all?

On Thursday, August 24, 2023 at 06:16:10 AM CDT, Templar Dragonknight,
Son of Thunder <thiagovrex@gmail.com> wrote:


You motherfucking asshole! You can't handle being insulted so you deactivate
my account by sending another copyright strike!