# EXHIBIT E

# Copyright
**United States Copyright Office**

### Check Registration Case Status
- Open Cases
- Working Cases
- All Cases
- My Company's Cases
- Status Definitions
- Search My Cases
- My Applications
- My Company's Applications

### Copyright Registration

#### Register a Work
Standard Application
   This Application may NOT be used to submit "Unpublished Collections." You must select "Register a Group of Unpublished Works" below to register multiple unpublished works

#### Other Registration Options
   Note: Restrictions Apply

Register Certain Groups of Published Works
Register a Group of Photographs
Register a Group of Unpublished Works
Register One Work by One Author
Correct or Amplify an Existing Registration

#### Other Services
   Note: Substantial Fees Required
Preregistration of Certain Types of Work

#### Miscellaneous
Use an Existing Template
Organization/Deposit Account

### Additional Copyright Services
Access Copyright Office Information
   - Ask a Question

## All Cases

Below is a list of all cases you have initiated. Refer to the status column to differentiate between cases you have not yet submitted to the Copyright Office, those that are in-process in the Office, and those that have been completed.

Click on the Status Definitions link in the right top most navigation menu for a complete list of case status definitions.

To view additional details about a case, click on the corresponding Case # hyperlink below.

### All Cases

[Query]     1 - 20 of 20+

| Case # | Status | Opened | Title | Month Year | Type of Case | Appl. Format | Appl. Form | Fee Paid |
|---|---|---|---|---|---|---|---|---|
| 1-13500558551 | Closed | 02/10/2024 | Reading Mean Comments - Part 1 and 9 Other Unpublished Works | | Motion Picture/AV Work | Standard | Group Unpublished Works | $85.00 |
| 1-13369152191 | Closed | 01/04/2024 | Why I Demand Civility in the Comments of my Videos and 9 Other Unpublished Works | | Motion Picture/AV Work | Standard | Group Unpublished Works | $85.00 |
| 1-12793602671 | Closed | 07/20/2023 | Dark Souls & Elden Ring Do Indeed Need Easy Modes (But Not for the Reasons You Think) and 9 Other Un | | Motion Picture/AV Work | Standard | Group Unpublished Works | $85.00 |
| 1-12481140095 | Discarded | 04/21/2023 | (not provided) | | | Single | | $0.00 |
| 1-12481139904 | Discarded | 04/21/2023 | (not provided) | | Sound Recording | Standard | Group Unpublished Works | $0.00 |
| 1-12481139897 | Discarded | 04/21/2023 | (not provided) | | Short Online Literary Works | Standard | | $0.00 |
| 1-12481139891 | Discarded | 04/21/2023 | (not provided) | | | Standard | | $0.00 |
| 1-12248382931 | Closed | 03/05/2023 | Acer's High and 9 Other Unpublished Works | | Sound Recording | Standard | Group Unpublished Works | $85.00 |
| 1-12170905421 | Closed | 01/26/2023 | Why my Apartment is so Messy (the real one) and 1 Other Unpublished Works | | Motion Picture/AV Work | Standard | Group Unpublished Works | $85.00 |
| 1-11475009171 | Closed | 06/29/2022 | Elden Ring Sucks: The Livestream Debate! | | Motion Picture/AV Work | Standard | | $65.00 |
| 1-11389009581 | Discarded | 05/18/2022 | (not provided) | | | Standard | | $0.00 |