## Re: You really don't get tired of showing how much of a censoring idiot you are, don't you? I wish someone hacks your channel again, David Stabbins. You deserve all the hate you get and whatever comes to you.

From:   Templar Dragonknight, Son of Thunder (thiagovrex@gmail.com)

To:     acerthorn@yahoo.com

Date:   Tuesday, August 15, 2023 at 11:15 AM CDT

You can say whatever you want about it being a poor case of Fair Use, it's still fair use you dickhead, just like every other video you so maliciously and/or stupidly took down. There was creative spark and it was transformative, it was fair use. You just don't want to be criticized, that's the truth.

I could sue you directly but I don't know shit about how suing works, so there's nothing I can do.

> Em ter., 15 de ago. de 2023 11:29, Acerthorn <acerthorn@yahoo.com> escreveu:
>
> Well? Aren't you going to say anything? Aren't you going to respond and cuss me out and talk about how you shouldn't have to do that, even though it doesn't require a lawyer, just because it's a matter of principle?
>
> On Monday, August 14, 2023 at 03:58:10 PM CDT, Templar Dragonknight, Son of Thunder <thiagovrex@gmail.com> wrote:
>
>  Não contém vírus.www.avg.com