David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                           PLAINTIFF

VS.                              Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                  DEFENDANTS

### NOTICE OF CASE ASSIGNMENT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice in the above-styled action.

1. On May 21, 2024, Magistrate Judge Cisneros issued a Report and Recommendation. In this report, she stated, in pertinent part, "the undersigned REFERS this case to Judge Chhabria for the limited purpose of reviewing Stebbins's Amended Complaint."

2. However, I have noticed that the case number still ends with the letters LJC, rather than VC. This suggests that the case is still officially "assigned" to Judge Cisneros.

3. In addition, there has not been a clerk entry reassigning the case, like there was in Case 4:23-cv-00321-MMC (Stebbins v. SidAlpha), Dkt. 33.

4. Both of these clues indicate that the Clerk's Office has neglected its duty to reassign the case as ordered by the Court.

5. If this was intentional, then by all means ignore this notice. But if it was not intentional, perhaps the judge(s) and Clerk should work promptly to resolve this matter.

So notified on this, the 6th day of June, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)