UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>        Plaintiff,<br><br>v.<br><br>THIAGO CHAGAS GARCIA BAZ,<br><br>        Defendant. | Case No. 24-cv-00398-LJC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 16 |

The Court has reviewed Judge Cisneros's Report and Recommendation Regarding Claims Previously Stricken, including objections filed by Stebbins. The Court adopts the Report in every respect. Accordingly, Stebbins's libel and DMCA misrepresentation claims are stricken.

**IT IS SO ORDERED.**

Dated: June 7, 2024

_____
VINCE CHHABRIA
United States District Judge