OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

| **Date:** July 18, 2024 | **Time:** 1:35 p.m.- 1:56 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:24-cv-00398-LJC | **Case Name:** Stebbins v. Garcia Baz | |

**Attorney for Plaintiff:** David A. Stebbins, Pro Se

**Attorney for Defendant:** N/A

**Deputy Clerk:** Brittany Sims                **Recorded via Zoom:** 1:35 p.m.- 1:56 p.m.

PROCEEDINGS

Initial Case Management Conference held.

In light of the Court's recent order denying Plaintiff's request to serve Defendant by email, the Court asked Plaintiff for his proposed plan for service of summons and the complaint. Plaintiff proposed that he provide a packet of information (summons, complaint and USM-94 form) in English and Portuguese to the Clerk's Office, and once the Clerk provides the necessary signatures, then the Clerk's Office will serve the packet of information on the Central Authority for Brazil pursuant to the Hague Convention.

The Court approved that plan, and to implement it, the Court orders the Clerk to issue summons in this case, and orders Mr. Stebbins to file a copy of the English and Spanish versions of the summons, complaint and USM-94 form that he will submit for service by the Clerk's Office, and that he submit the same packet of information to Judge Cisneros's proposed order inbox, ljcpo@cand.uscourts.gov. Judge Cisneros's staff will forward the packet of information to the clerk's office for service on Defendant.

Plaintiff expressed, and the Court acknowledged, his strong desire to have his case handled promptly.

A second case management conference is scheduled for January 16, 2025 at 1:30 p.m. via Zoom. A joint case management statement is due January 9, 2025.