David Stebbins (pro se Plaintiff)      123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                    PLAINTIFF

VS.                                           Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                          DEFENDANTS

### LETTER IN RESPONSE TO DKT. 22, MINUTE ENTRY

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Letter in Response to the Court's Minute Entry dated July 18, 2024 (Dkt. 22) in the above-styled action.

1.      In response to the Court's order, please find attached all of the following documents:

- **Attachment #1**: English copy of the First Amended Complaint
- **Attachment #2**: Portuguese copy of the First Amended Complaint
- **Attachment #3**: English copy of the Summons
- **Attachment #4**: Portuguese copy of the Summons
- **Attachment #5**: English copy of the ASM-94
- **Attachment #6**: Portuguese copy of the ASM-94

2.      Per the Court's instructions, I will be emailing filemarked copies of these documents to her proposed orders' email address ljcpo@cand.uscourts.gov, so she may forward them to the Clerk's Office.

3.      For the ASM-94, the Clerk should affix his signature in the space provided in the bottom-right corner of the first page, as shown below:

**Assinatura e/ou Carimbo**
Signature and/or stamp / *Signature et / ou cachet*

4.      Remember he needs to sign *four* different documents: The English and Portguese

versions of the Summons and USM-94.

5.      Once both versions of the summons and both versions of the ASM-94 have been signed, the Clerk should mail all six documents to the following name and address:

>     Department of Assets Recovery and International Legal Cooperation
>     National Secretariat of Justice
>     Ministry of Justice and Public Security
>     Esplanada dos Ministérios, Anexo II, Sala 322
>     Cep: 70064-900
>     Brasília – DF
>     Brazil

6.      That is the Central Authority for Brazil, according to this webpage: https://www.hcch.net/en/states/authorities/details3/?aid=1113. The Court referenced this very webpage in this case, in Dkt. 20, Page 4, Line 3, so it apparently accepts that this webpage contains reliable and accurate information.

7.      Wherefore, premises considered, I respectfully pray that the attachments be mailed to the Brazilian Central Authority with utmost haste.

So submitted on this, the 23rd day of July, 2024.

*/s/ David Stebbins*
David Stebbins (Pro se)
