David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947         acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                PLAINTIFF

VS.                              Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                         DEFENDANTS

## NOTICE OF DEFENDANT'S NEW ONLINE IDENTITY

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice Regarding the Defendant's New Online Identity in the above-styled action.

1. The Defendant has changed his YouTube name. Now, he is referred to as "Son of Thunder, Brazilian Catholic," and has the handle @Son_of_Thunder_2000. That said, the URL of www.youtube.com/@templar_dragonknight still takes you to his channel as of the time of this writing, although I don't know how long that will work now that he's changed his handle.

2. For future reference, his channel can also be viewed via the permanent URL of https://www.youtube.com/channel/UCAnqpb_VqgbQ6FEyfIt-uqA. To my knowledge, there is no way to change a YouTube channel's permanent URL, so from now on, maybe we should simply refer to that URL instead of his handle.

3. The Court can still see that it is indeed Thiago Baz because ...

    (a) If you watch any other of his videos where he allegedly "debunks" other people's videos[1], you can see that this man has the same voice as the unlisted videos I included in ¶ 47 of the First Amended Complaint (Dkt. 8).

    (b) His community posts still remain, which you can see by going to the URL of https://www.youtube.com/channel/UCAnqpb_VqgbQ6FEyfIt-uqA/community (see also **Exhibit A**), and as you can clearly see, the three most recent posts are about me, and publicly ridicule me for the DMCA Takedowns I issued against him approximately one year ago. In fact, the third most recent one (the one where he says "I'll just edit the parts where his video

---
1 Such as this one: https://youtu.be/sI-Pa07uyRU?t=26 (beginning at timestamp 0:26)

are shown") is one I even publicly commented on at 58:14 - 1:02:00 of this video: https://youtu.be/G1TWOuUehzY?t=3494.

(c) His Discord profile (see **Exhibit B**) still shows that he still goes by the name "templardragonknight" on Discord. However, the icon he uses there is the same "knight in plate armor with a green vest and a royal crest in the center" icon that he uses in his current YouTube name. He also has the same Portuguese poem in his Discord bio that he also has in his YouTube's "about" section.

    i. For what it's worth, you will also notice from Exhibit B that he has linked his Facebook account to his Discord profile, where his name on Facebook is "Thiago Baz." This proves that I was right about the Defendant's name all along, and that the Court was wrong. The Court has consistently referred to the defendant as if his last name was "Garcia Baz," but I have always just called him "Baz." The fact that his facebook profile simply lists him as "Thiago Baz" proves that Garcia is in fact *not* part of his last name.

4. Tellingly, the Defendant appears to have deleted Part 1 of his "First Racist Response" video that I mentioned in ¶ 45 and later in ¶¶ 56-59 of the First Amended Complaint. However, the fact that he only just now got around to deleting it, after I had already called him out on his hypocrisy, means he cannot claim good faith. The arguments I put forth in ¶¶ 56-59 of the FAC still stand, because even though he still deleted it, the fact that he waited until after I had filed the FAC just proves that he's only doing it *because* of the arguments contained in ¶¶ 56-59 therein. At this point, it seems like the equivalent of rinsing the blood off a knife, after a witness (such as a cop) already saw the bloody knife, and *then* acting like "there's no evidence" that he stabbed anybody!

5. In any event, I merely filed this Notice just to keep the Court up to date on the Defendant's online social media identity, because it will of course become relevant to the case once he is served with process and the case gets underway. That has been accomplished.

So notified on this, the 28th day of July, 2024.

                                                                      */s/ David Stebbins*
                                                                    David Stebbins (Pro se)