David Stebbins (pro se Plaintiff)	123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947	acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,	PLAINTIFF

VS.	Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ	DEFENDANTS

## MOTION FOR CONTINUANCE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Continuance for the Case Management hearing in the above-styled action.

1. On July 18, 2024, I attended a case management conference in this case, where the Court approved my plan to have the Defendant served with process pursuant to the Hague Convention. See Dkt. 22.

2. At that hearing, the Court scheduled another case management conference for January 16, 2025 at 1:30PM.

3. The Court's logic for setting that date was because, according to the terms of the Hague Convention, we are permitted to proceed ex parte if six months goes by without the Brazilian Central Authority responding to our request for service of process. See www.hcch.net/en/instruments/conventions/full-text/?cid=17, Art. 15, ¶ 2, which states ...

> "Each Contracting State shall be free to declare that the judge, notwithstanding the provisions of the first paragraph of this Article, may give judgment even if no certificate of service or delivery has been received, if all the following conditions are fulfilled –
> a) the document was transmitted by one of the methods provided for in this Convention,
> b) a period of time of not less than six months, considered adequate by the judge in the particular case, has elapsed since the date of the transmission of the document,
> c) no certificate of any kind has been received, even though every reasonable effort has been made to obtain it through the competent authorities of the State addressed."

4.      The Clerk's Office has informed me that they mailed the contents of Dkt. 24 to Brazilian Central Authority, per the Court's instructiosn, on July 29, 2024. See **Exhibit A**. So condition (a) above has been satisfied.

5.      However, this means that the right ot proceed ex parte will not begin until January 25, 2025, since 07/29/2024 is the "date of transmission" for purposes of condition (b) above.

6.      The whole reason the Court set the next case management conference for January 16 was so that, by the time the conference occurs, either the Defendant will have been served with process or we will be authorized to proceed without him. Either way, we'll know by then how we should proceed. However, due to the Clerk's Office's delay in doing their part in this matter, the conference is actually scheduled for nine days before Condition (b) will be met.

7.      To rectify this, I propose the Court continue the case management hearing by two weeks. I ask that the case management conference be rescheduled for January 30, 2025. By then, either the defendant will have been served or condition (b) above will be met.

8.      To ensure that condition (c) is met, I intend to contact the Brazilian Central Authority around December at the email address of cooperacaocivil@mj.gov.br, which is the email address provided by the URL of https://www.hcch.net/en/states/authorities/details3/?aid=1113, which the Court has cited as a reliable source for the Brazilian Central Authority. From there, I plan to inquire about whether they have received the packet and if they intend to file their response with this Court by no later than January 25, 2025. That should be sufficient to satisfy Condition (c) above.

        So requested on this, the 5th day of August, 2024.

                                                                    /s/ David Stebbins
                                                                    David Stebbins (Pro se)