## RE: Activity in Case 3:24-cv-00398-LJC Stebbins v. Garcia Baz Letter

From:  CAND 8Docketing (8docketing@cand.uscourts.gov)

To:      acerthorn@yahoo.com

Date:  Monday, August 5, 2024 at 11:36 AM CDT

yes

Hilary Jackson
Case Systems Administrator
USDC-Northern California

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Friday, August 2, 2024 4:25 PM
**To:** CAND 8Docketing <8Docketing@cand.uscourts.gov>
**Subject:** Re: Activity in Case 3:24-cv-00398-LJC Stebbins v. Garcia Baz Letter

**CAUTION - EXTERNAL:**

You mean July 29, 2024?

On Friday, August 2, 2024 at 04:20:12 PM CDT, CAND 8Docketing <8docketing@cand.uscourts.gov> wrote:

It was sent  via USPS on Monday

Hilary Jackson

Case Systems Administrator

USDC-Northern California

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Friday, August 2, 2024 1:44 PM
**To:** CAND 8Docketing <8Docketing@cand.uscourts.gov>
**Subject:** Re: Activity in Case 3:24-cv-00398-LJC Stebbins v. Garcia Baz Letter

**CAUTION - EXTERNAL:**

Case 3:24-cv-00398-LJC   Document 26-1   Filed 08/05/24   Page 2 of 5

If you didn't get a tracking number at all, can you at least tell me what date it was sent out? Without a tracking number that's the best we'll have to go by.

On Friday, August 2, 2024 at 03:20:05 PM CDT, CAND 8Docketing <8docketing@cand.uscourts.gov> wrote:

I don't have it.  Let me look into getting it.  The work was done.

Hilary Jackson

Case Systems Administrator

USDC-Northern California

_____

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Friday, August 2, 2024 12:55 PM
**To:** CAND 8Docketing <8Docketing@cand.uscourts.gov>
**Subject:** Re: Activity in Case 3:24-cv-00398-LJC Stebbins v. Garcia Baz Letter

**CAUTION - EXTERNAL:**

Can I have a tracking number please?

On Friday, August 2, 2024 at 02:41:41 PM CDT, CAND 8Docketing <8docketing@cand.uscourts.gov> wrote:

Everything was sent off.  I am aware of the Judges order.  If you need more information, please docket a letter to the Judge and Chambers will respond.

Hilary Jackson

Case Systems Administrator

USDC-Northern California

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Friday, August 2, 2024 11:09 AM
**To:** CAND 8Docketing <8Docketing@cand.uscourts.gov>
**Subject:** Fw: Activity in Case 3:24-cv-00398-LJC Stebbins v. Garcia Baz Letter

**CAUTION - EXTERNAL:**

Dear Hillary Jackson,

As you can see from the attached minute entry, you were supposed to send off all this stuff to the Brazilian Central Authority once I provided the translations. Have you done that yet? If so, can I please have a tracking number.

I also called you and left a message on your voicemail to this effect.

Sincerely,

David Stebbins

----- Forwarded Message -----

**From:** "ecf-cand@cand.uscourts.gov" <ecf-cand@cand.uscourts.gov>

**To:** "efiling@cand.uscourts.gov" <efiling@cand.uscourts.gov>

**Sent:** Tuesday, July 23, 2024 at 04:02:45 PM CDT

**Subject:** Activity in Case 3:24-cv-00398-LJC Stebbins v. Garcia Baz Letter

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

# Notice of Electronic Filing

The following transaction was entered on 7/23/2024 at 2:02 PM and filed on 7/23/2024

**Case Name:**    Stebbins v. Garcia Baz

**Case Number:**    3:24-cv-00398-LJC

**Filer:**    David A. Stebbins

**Document Number:** 24

**Docket Text:**
**Letter from Plaintiff *Regarding Service of Process pursuant to the Hague Convention*. (Attachments: # (1) Exhibit First Amended Complaint (English), # (2) Exhibit First Amended Complaint (Portuguese), # (3) Exhibit Summons (English), # (4) Exhibit Summons (Portuguese), # (5) Exhibit ASM-94 (English), # (6) Exhibit ASM-94 (Portuguese))(Stebbins, David) (Filed on 7/23/2024)**

**3:24-cv-00398-LJC Notice has been electronically mailed to:**

David A. Stebbins    acerthorn@yahoo.com

**3:24-cv-00398-LJC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**

Main Document
**Original filename:**C:\fakepath\Letter in Response to [022] Minute Entry.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/23/2024] [FileNumber=21504691-0]
[069acc1877a275bc801be29b9efa29a7accd3a29ba8250e1152db0d5a3ffa84ecf6f
09679f0f0956ab95ed57cded46e8b6d6c8e8fe89031fb3135756d613425d]]
**Document description:**Exhibit First Amended Complaint (English)
**Original filename:**C:\fakepath\1 - First Amended Complaint #1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/23/2024] [FileNumber=21504691-1]
[6be666d5bce6ff2ec33bc7b48112bbd7b7d1a89ea920b931cc3de8428355a30691e5
a1fdbda04ce4abe4ea3402a85092f39095d50271c798506ae473b2c0133b]]
**Document description:**Exhibit First Amended Complaint (Portuguese)
**Original filename:**C:\fakepath\2 - First Amended Complaint #1 (Portuguese).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/23/2024] [FileNumber=21504691-2]
[20207b5a541a9bf115f011d9fcec28c31a28283f017fcf0d7a77a322fdb64c48e984
fdef4d8182e1c5ee7743a3aa7ab4fc4411be8722ceccb1c1b69d27cd73cb]]
**Document description:**Exhibit Summons (English)
**Original filename:**C:\fakepath\3 - Summons (English).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/23/2024] [FileNumber=21504691-3]
[237695f0130eb836829660168e16fb1dd4df1ea144308ad1733927488dd759127679
833b72829808eff5e06cff4437c00f77a3dafef6abd0b8e9659ca1ec7666]]
**Document description:**Exhibit Summons (Portuguese)
**Original filename:**C:\fakepath\4 - Summons (Portuguese).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/23/2024] [FileNumber=21504691-4]
[6fdc02f024469a65762537413b2e333169c9dc775b44b9cee85b437f378ddac55caf
ba55a23036fb73a21a81770edfb7d47f79cf7326d08af16111cc0f26e5f3]]
**Document description:**Exhibit ASM-94 (English)
**Original filename:**C:\fakepath\5 - USM-94 #1 (English).pdf
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=7/23/2024] [FileNumber=21504691-5]
[2cb587895453310ac0e18ab589f94175016dcb2ca14bdb5f725d367f5818dfd9578a
97e982be8d2e1d4d00e2a4839512c8d29d7a85ce74e00db576402c0159e9]]
**Document description:**Exhibit ASM-94 (Portuguese)
**Original filename:**C:\fakepath\6 - USM-94 #1 (Portuguese).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/23/2024] [FileNumber=21504691-6]
[34e722272d8810e3dd3b43ce879a5703cc287b57942f92178251224858ae76f6adcd
4c6ba3712afc84de50520df4324381aba8f111f5892f3214b5363509f63b]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.