UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                    PLAINTIFF

VS.                                            Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                                    DEFENDANTS

## ORDER GRANTING MOTION FOR CONTINUANCE

COMES NOW before the Court the Plaintiff's Motion for Continuance. For good cause shown, the Court GRANTS this motion. The case management conference currently scheduled for January 16, 2025 is hereby CANCELLED. Instead, the Court schedules a case management conference for **January 30, 2025** at 1:30PM via **Zoom**.

IT IS SO ORDERED.

_____
(signature of Judge)


_____/_____/_____
Date (MM/DD/YYYY)