UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THIAGO CHAGAS GARCIA BAZ,<br><br>　　　　　Defendants. | Case No.: 24-cv-00398-LJC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 7/22/2024, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

> Address: Thiago Chagas Garcia Baz served via
> Department of Assets Recovery and International Legal Cooperation
> National Secretariat of Justice
> Ministry of Justice and Public Security
> Esplanada dos Ministérios, Anexo II, Sala 322
> Cep: 70064-900
> Brasília – DF
>
> Brazil

Dated: 8/5/2024

　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　Clerk of Court, United States District Court

　　　　　　　　　　　　　　　　　　　　By: [signature]
　　　　　　　　　　　　　　　　　　　　Kevin Blumberg, Deputy Clerk

*Service_Certificate _CRD*
*rev. August 2018*