David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                      acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                     Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                     DEFENDANTS

### MOTION FOR ENTRY OF DEFAULT BY THE COURT OR IN THE ALTERNATIVE FOR LEAVE TO CONDUCT SERVICE OF PROCESS BY EMAIL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motionf or Entry of Default by the Court or in the Alternative for Leave to Conduct Service of Process by Email.

1. For simplicity's sake, the contents of my First and Second Motions for Leave to Conduct Service of Process by Email (Dkt. 11 & 14) are hereby incorporated by reference.

**Factual Background**

2. On July 18, 2024, the Court approved my plan of having the Clerk's Office mail copies of the First Amended Complaint, Summons, and ASM-94, all in both English and Portuguese, to the Brazilian Central Authority for service on the defendant pursuant ot the terms of the Hague Convention. See Dkt. 22.

3. I previously believed that the Clerk's Office had complied with that order on July 29, 2024. See Dkt. 26.

4. However, immediately after I filed that order, the Clerk entered its own certificate where he declared that he performed that task on July 22, not 29. See Dkt. 28.

5. This means that it is January 18, 2025, not January 25 as I had previously thought, when six months will have passed since the date of transmission, as mentioned in Art. 15, ¶ 2(b).

6. It is now January 19, 2025 as of the time of this motion's filing. No certificate of service or delivery has been received by the Brazilian Government.

7. In an attempt to comply with the provisions of sub-paragraph (c) above, I contacted the

Brazilian Central Authority to inquire about the status of the service of process. They informed me that it could take between 6-8 months (rather than less than 6 months) and that they do not entertain requests for expedited service except for "grave human rights issues," which this case does not qualify for. See **Exhibit A**, an affidavit, as well as **Exhibit B**, a true and correct copy of the email chain.

8.     For what it is worth, on August 2, 2024, I actually contacted the Defendant directly over Discord[1], pretending to be someone else under the alias "Purposeful Saint," and he confessed in writing to a lot of things due to him not realizing it was me. See **Exhibit C** (authenticated by Exhibit A).

9.     One of the most important things he confessed to was his declaration that he intends to ignore the lawsuit, even if he is served with process, allow me to have a default judgment, and then, when I attempt to enforce the judgment on Brazilian soil, he intends to declare that he "never got a chance to defend himself" on American soil. In Exhibit C, the sections of that conversation where he admitted to that are all boxed in yellow. Other sections are boxed in red, blue, and green, but the yellow boxes are where he admits that he intends to ignore this lawsuit and allow a default judgment to be entered.

10.    In addition to the screenshots provided in Exhibit C, the Court can also see the Discord conversation with its own two eyes. First, go to this URL and download the dht.txt file: https://drive.google.com/file/d/1c7t9A8pypNYaonIubiSYMp-QUetaMruV. From there, follow the instructions from this YouTube video ... https://www.youtube.com/watch?v=09d88OzIMgI (beginning at timestamp 2:56[2]) ... to be able to view the Discord conversation in your own browser.

**Why the Court should enter the defendant's default, rather than order service by email.**

11.    For the reasons set forth below, the Court should enter the Defendant's default, rather than require service by email.

---

1  In Dkt. 25 in this case, I showed proof of his Discord account, as evidenced by his username, his use of the new icon found on his new YouTube account, and the fact that his Discord bio contains the same Portuguese poem as his YouTube's "About" tab.
2  Everything before timestamp 2:56 explains how to *obtain* the dht.txt file in the first place. Since I've already done that for you, you can skip that part.

<u>The Court is authorized to do this, pursuant to the Hague Convention</u>

12. Article 15, ¶ 2 of the Hague Service Convention states thus:

"Each Contracting State shall be free to declare that the judge, notwithstanding the provisions of the first paragraph of this Article, may give judgment even if no certificate of service or delivery has been received, if all the following conditions are fulfilled –
a) the document was transmitted by one of the methods provided for in this Convention,
b) a period of time of not less than six months, considered adequate by the judge in the particular case, has elapsed since the date of the transmission of the document,
c) no certificate of any kind has been received, even though every reasonable effort has been made to obtain it through the competent authorities of the State addressed."

13. Notice that it doesn't say that the contracting state (in this case, the United States of America) is allowed to pursue alternative means of serving process on the defendants. It said we are free to simply "give judgment." As in ... we can simply proceed with entering the defendant in default. We don't even have to go through service of process at all at this stage.

14. There are three conditions that must be met in order for this authorization to take effect. All have been satisfied in the instant case.

- Condition (a) has been met when the Clerk's Office filed its certificate stating that, on July 22, 2024, it mailed the packet of English and Portuguese documents to the Brazilian Central Authority.
- Condition (b) is met as of January 18, 2025.
- Condition (c) was met when I emailed the Brazilian Central Authority to inquire about the status of the service of process, only to be told they would not complete service within the treaty's 6-month deadline.

15. Therefore, all three conditions are met, and we are now authorized to simply enter him in default.

<u>The Defendant has no rights at all under the US Constitution, not even the right to life.</u>

16. In Dkt. 14, I stated that, because the Defendant already had actual knowledge of this case, the Court could simply post its own order, appearing only on Pacer, commanding the Defendant

to appear, consider that as "service executed," and it would not be a violation of the Defendant's constitutional right to receive notice. See Dkt. 11, ¶ 13. At the Case Management Conference on July 18, 2024, I reiterated that "if we were to go that route, it wouldn't even be a violation of his American constitutional rights."

17. However, after doing a bit of legal research, I found something rather interesting: Thiago Baz doesn't have ANY constitutional rights at all! In fact, the US Army could literally murder him in cold blood, and he and his family would have no recourse to American courts at all!

18. In the case of Al-Aulaqi v. Panetta, 35 F. Supp. 3d 56 (DC 2014), President Obama ordered a drone strike on a suspected terrorist who was also a US Citizen traveling abroad. A few others were also killed in the drone strike. The estates of all of these victims sued the federal government in the United States District Court for the District of Columbia. However, all but one of the plaintiffs (the one who was a citizen) in that case were dismissed on the grounds that, because they were not US Citizens, they had no constitutional rights to assert in the first instance. See id at 70.

19. So as far as this case is concerned, now that the terms of the Hague Convention have been complied with, the defendant doesn't have any additional rights, not even under the Constitution. The only thing binding the Court right now is its own conscience.

20. However, said conscience may still compel it to require I give the Defendant service by email as one final attempt to get him served with process. This leads me to my next point:

<u>Service by Email would likely be a waste of time, since the Defendant admits that he plans on ignoring the lawsuit anyway.</u>

21. I can serve the defendant by email. That's nothing. It would take only a few minutes to do. But even if I were to do that, there is a very high likelihood that he will just ignore that, too. As the events of ¶¶ 8-9 demonstrate, by his own admission, his litigation strategy is to intentionally ignore the lawsuit and let me have a default judgment on American soil. This is proven *by the Defendant's own admission*, so no further evidence of his mental state is necessary.

22. In light of this, it would likely just be a waste of time for us to give him even this one courtesy. We'd still have to wait three more weeks for him to make the appearance we already

know he's not going to make. Then and only then will I be eligible to file a renewed motion for entry of default that I already know I'm going to have to file. Why not cut to the chase right here right now, when we already know it's going to come to that?

23. In contract law, there is a similar principle, known as the "anticipatory breach." It means that, when one contracting party has announced or otherwise made clear to the other party that he will not comply with the contract prior to the deadline for compliance, the other party does not have to wait until the deadline before suing for breach of contract; the other party can file suit immediately even though the defendant still has the opportunity to comply.

24. Along that same vein, the Court in this case should likewise enter an "anticipatory default," now that it is authorized to do so under the Hague Convention, without me having to wait the additional three weeks (on top of the six months we've already waited) in order to get this case moving along.

25. In the event the Defendant changes his mind and decides he actually wants to appear in this case, he is welcome to do so. I am scheduling this motion to be heard on January 30, 2025, the same date as the case management conference. This will give him eleven days from now until then to make some kind of appearance in the case. Even barring that, once this Court enters his default, that still won't be the end. Once a defendant is entered in default, I must then file a motion for default *judgment*, which will itself be scheduled for hearing. This will give Baz plenty of time to file his own Motion to Set Aside Entry of Default.

26. Bear in mind that the Defendant already has actual knowledge of this case, so he most likely will be reading this very motion for default the day it is filed.

### In the alternative, the Court should authorize service by email.

27. If, in spite of all fo this, the Court still insists on giving the Defendant one final undeserved chance at appearing in the case, I can still serve him with process by email. As I explained in Dkt. 11, the Defendant regularly responds to emails sent to the email address of [thiagovrex@gmail.com](thiagovrex@gmail.com), and so service sent to that email address is reasonably calculated to reach him. I think it's a waste of time, for reasons I've already explained, but it's not my decision to make.

28.     I'll even throw this in as an added bonus: I'll even include the Portuguese versions of the Summons and First Amended Complaint when I do the service by email. That shouldn't be necessary, as the unlisted videos I provided in ¶¶ 46 of the First Amended Complaint as well as Exhibit C to this motion all show that the Defendant is fluent in English, but then again, if we're doing service by email in the first place, we're already doing redundant things anyway, so why not?

## Conclusion

29.     I will be setting this motion's oral argument for January 30, 2025, which is the same date as the case management conference.

30.     Wherefore, premises considered, I respectfully pray that the Court enter the Defendant in default, and for any other relief to which I may be entitled.

So requested on this, the 19th day of January, 2025.

*/s/ David Stebbins*
David Stebbins (Pro se)
