# Exhibit A

David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601   (870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                    PLAINTIFF

VS.                                    Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                        DEFENDANTS

### AFFIDAVIT OF DAVID STEBBINS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Affidavit in the above-styled action.

1. I assert, under penalty of perjury, all of the following:

2. In the month of September 2024, I conversed with the Brazilian Central Authority, who informed me that, although they have received and are processing the service of process in this case, it will take about 6-8 months to do, rather than the 180 days that the Hague Convention actually allots. They also stated that they do not entertain requests for expedited service except for "grave human rights issues," which is not applicable in this case.

3. A true and correct copy of this email chain is hereby attached as **Exhibit B**.

4. Also, in the month of August 2024, I actually contacted the Defendant directly over Discord, pretending to be someone else under the alias "Purposeful Saint," and he confessed in writing to a lot of things due to him not realizing it was me, including that he intends to ignore this lawsuit on American soil and let me have a default judgment.

5. A true and correct copy of this discord conversation is hereby attached as **Exhibit C**.

So attested to on this, the 19th day of January, 2025.

/s/ David Stebbins
David Stebbins (Pro se)