# Exhibit B

## RE: Solicitação de Informação / Status Update Request - V. Ref. (Original Proceedings): 24-cv-00398-LJC / N. Ref. (Our Reference): 08099.008059/2024-91

From:  DRCI COOPERACAO CIVIL (cooperacaocivil@mj.gov.br)

To:    acerthorn@yahoo.com

Date:  Tuesday, September 17, 2024 at 11:45 AM CDT

Dear Mr. Stebbins,

Yes, we are the Central Authority for this Convention in Brazil and we do know the text of the treaty.

Please kindly be informed that the information we have provided you about the time necessary for execution of letters of request is factual. That is the estimate time it takes for us to have it back to us from the Superior Court of Justice. It could be less, and it could be more than that.

Please also kindly note that requesting expeditious process by the Superior Court of Justice in a particular private case by request of the private party is not within the powers of this Central Authority, save from grave human rights issues.

Nevertheless, the private party is always allowed to present its request directly to the Superior Court of Justice regarding any measure deemed necessary.

Regards,

Coordenação-Geral de Cooperação Jurídica Internacional em Matéria Civil
Departamento de Recuperação de Ativos e Cooperação Jurídica Internacional
Secretaria Nacional de Justiça
Ministério da Justiça e Segurança Pública
Esplanada dos Ministérios - Bloco T - Anexo II, 3º Andar, Sala 318
Brasília (DF) CEP 70064-900

---

**De:** Acerthorn <acerthorn@yahoo.com>
**Enviado:** sexta-feira, 13 de setembro de 2024 15:59
**Para:** DRCI COOPERACAO CIVIL <cooperacaocivil@mj.gov.br>
**Assunto:** Re: Solicitação de Informação / Status Update Request - V. Ref. (Original Proceedings): 24-cv-00398-LJC / N. Ref. (Our Reference): 08099.008059/2024-91

Dear Senhora Cruz,

Thank you for this clarification. But do you understand that, according to Article 15 of the Hague Service Convention, we (the plaintiff and American court) are authorized to proceed in the case without the defendant if we do not get proof of service returned back to us within 6 months. You do understand that, don't you?

The treaty can be read here: https://www.hcch.net/en/instruments/conventions/full-text/?cid=17   According to Article 15, it says…

**"Each Contracting State shall be free to declare that the judge, notwithstanding the provisions of the first paragraph of this Article, may give judgment even if no certificate of service or delivery has been received, if all the following conditions are fulfilled -**

a)  the document was transmitted by one of the methods provided for in this Convention,
b)  a period of time of not less than six months, considered adequate by the judge in the particular case, has elapsed since the date of the transmission of the document,
c)  no certificate of any kind has been received, even though every reasonable effort has been made to obtain it through the competent authorities of the State addressed."

So is there any way you can expedite this process so that it takes less than 6 months, so we won't have to proceed in the case without Senhor Baz?

Sincerely,
David Stebbins


On Friday, September 13, 2024 at 01:09:48 PM CDT, DRCI COOPERACAO CIVIL <cooperacaocivil@mj.gov.br> wrote:


Dear Sir Stebbins,

The international cooperation requests usually take 6 to 8 months to be completed.

We remain at your disposal for any further clarifications that may be necessary.

Sincerely,

Luiza Cruz

Coordenação-Geral de Cooperação Jurídica Internacional em Matéria Civil

Departamento de Recuperação de Ativos e Cooperação Jurídica Internacional

Secretaria Nacional de Justiça

Ministério da Justiça e Segurança Pública

Esplanada dos Ministérios - Bloco T - Anexo II, 3º Andar, Sala 318

Brasília (DF) CEP 70064-900

---

**De:** Acerthorn <acerthorn@yahoo.com>
**Enviado:** quarta-feira, 11 de setembro de 2024 15:43
**Para:** DRCI COOPERACAO CIVIL <cooperacaocivil@mj.gov.br>
**Assunto:** Re: Solicitação de Informação / Status Update Request - V. Ref. (Original Proceedings): 24-cv-00398-LJC / N. Ref. (Our Reference): 08099.008059/2024-91

Dear Senor Rocha,

Thank you for the courteous response. I have only one question at this time:

Do you have any estimate - even so much as an estimativo - as to how long this will likely take?

Sincerely,
David Stebbins

On Wednesday, September 11, 2024 at 01:12:02 PM CDT, MJ/Coordenação-Geral de Cooperação Jurídica Internacional <cooperacaocivil@mj.gov.br> wrote:

Dear Sir or Madam,

In response to the attached document, we inform you that the rogatory letter is stil underway at the Superior Court of Justice. We will contact you again as soon as new information is received.

We remain at your disposal for any further clarifications that may be necessary.

Feel free to contact us should you need any clarification.

Sincerely,
Lucas Rocha
Coordenação-Geral de Cooperação Jurídica Internacional em Matéria Cível
Departamento de Recuperação de Ativos e Cooperação Jurídica Internacional
Secretaria Nacional de Justiça
Ministério da Justiça e Segurança Pública
Esplanada dos Ministérios, Bloco T, Anexo II, 3º Andar, Sala 324
Brasília/DF - CEP 70064-900