# Exhibit A

David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                PLAINTIFF

VS.                                        Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                      DEFENDANTS

### AFFIDAVIT OF DAVID STEBBINS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Affidavit in the above-styled manner.

1. On January 22, 2025, this Court entered an order (Dkt. 30), interpreting Article 15(2) of the Hague Service Convention in such a way that courts do not automatically have the power to enter a foreign defendant in default when six (6) months has gone by without service of process being effected on him, but instead, must be given that power by declaration of her home state (in this case, the United States of America). Presumably, this would require either an Act of Congress or a Presidential Executive Order giving American courts that power.

2. When the Court entered this order, I immediately reached out to every expert I could think in the field of international service of process, asking for assistance in finding evidence of such an American declaration. One who responded was the company "Process Service Network, LLC." Specifically, Julie Perez, the manager of client services for that company, responded to me, and said that one of their experts in the field – named Nelson Tucker – said that "the judge is totally wrong."

3. Under penalty of perjury, I certify that **Exhibit B** is a true and correct copy of this email chain.

So declared on this, the 24th day of January, 2025.

                                                          */s/ David Stebbins*
                                                       David Stebbins (Pro se)