# Exhibit B

## RE: American declarations pursuant to Article 15(2)

From:   Julie Perez (julie@processnet1.com)

To:     acerthorn@yahoo.com

Date:   Friday, January 24, 2025 at 11:02 AM CST

Hello David,

I was able to reach Nelson Tucker. He stated that the judge is totally wrong. However, the easiest way to remedy is service by publication.

We can assist. The details are provided below.

The publication is an online/digital source, www.GlobalLegalNotices.com. It is an alternative to a traditional newspaper publication and more practical and less costly. We prepare the Application and Order for you to take to your local court for permission for service by digital publication. Once your court approves the Order, we will begin the publication. Feel free to visit our website to view recent publications approved by U.S. courts at https://globallegalnotices.com/brazil-service-by-publication/. The fee is USD$995.00. We will publish for as long as your court requires (usually 4 weeks). We will provide an affidavit of service. We have attached a video for further details.

Thank you,

Julie Perez
Manager of Client Services
**Process Service Network, LLC**
**PLEASE NOTE the following:**
**MY NEW EMAIL IS: jperez@processnet1.com**
27201 Tourney Road, Suite 223
Valencia, CA 91355
800-417-7623
**www.processnet1.com**

Serving the legal profession since 1978
Offices in major cities throughout the world
Specializing in international and hard-to-serve cases

If you are using email, text, or telephone to send us work, documents, notices, or other materials consequent to engaging our services, you acknowledge that you have read, understood and agree to the Terms & Conditions of our website. No part of our services are to be treated as legal opinion and no liability is assumed for any actions taken as a result of, or on the basis of, any communication with us.

# RE: American declarations pursuant to Article 15(2)

**From:** Julie Perez (julie@processnet1.com)

**To:** acerthorn@yahoo.com

**Date:** Thursday, January 23, 2025 at 02:40 PM CST

Thank you,

Julie Perez
Manager of Client Services
**Process Service Network, LLC**
**PLEASE NOTE the following:**
**MY NEW EMAIL IS: jperez@processnet1.com**
27201 Tourney Road, Suite 223
Valencia, CA 91355
800-417-7623
**www.processnet1.com**

Serving the legal profession since 1978
Offices in major cities throughout the world
Specializing in international and hard-to-serve cases

If you are using email, text, or telephone to send us work, documents, notices, or other materials consequent to engaging our services, you acknowledge that you have read, understood and agree to the Terms & Conditions of our website. No part of our services are to be treated as legal opinion and no liability is assumed for any actions taken as a result of, or on the basis of, any communication with us.

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Thursday, January 23, 2025 12:10 PM
**To:** Julie Perez <julie@processnet1.com>
**Subject:** Re: American declarations pursuant to Article 15(2)

That's fine. As you can see from the order, I can't re-file the motion again until April 22, anyway, so we've got time.

On Thursday, January 23, 2025 at 02:06:37 PM CST, Julie Perez <julie@processnet1.com> wrote:

Hello David,

Nelson Tucker from our office will be best to assist with this. However, he is out of the office and is due to return on January 27th. I will make sure he receives this inquiry.

Thank you in advance for your patience.

Julie Perez

Manager of Client Services

**Process Service Network, LLC**

**PLEASE NOTE the following:**

**MY NEW EMAIL IS: jperez@processnet1.com**

27201 Tourney Road, Suite 223

Valencia, CA 91355

800-417-7623

[www.processnet1.com](www.processnet1.com)

Serving the legal profession since 1978

Offices in major cities throughout the world

Specializing in international and hard-to-serve cases

If you are using email, text, or telephone to send us work, documents, notices, or other materials consequent to engaging our services, you acknowledge that you have read, understood and agree to the Terms & Conditions of our website. No part of our services are to be treated as legal opinion and no liability is assumed for any actions taken as a result of, or on the basis of, any communication with us.

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Wednesday, January 22, 2025 8:49 AM
**To:** Julie Perez <julie@processnet1.com>
**Subject:** American declarations pursuant to Article 15(2)

Dear Ms. Perez,

I don't know if you remember me. Anyway, attached, you will find an order of the court, interpreting Article 15(2) of the Hague Service Convention in such a way that it does not directly give judges the power to enter default judgment, but rather, merely gives countries the power to declare that judges can enter default judgment. But she interprets this order to require an actual declaration before she has the power to do so.

Do you know of any such declaration? In my opinion, not entering a default judgment would be absurd on its face, because that would effectively give all foreign nationals a "get out of judgment free" card through the simple expedient of not responding to the lawsuit.

Sincerely,

David Stebbins