# Exhibit A

RE: Solicitação de Informação / Status Update Request - V. Ref. (Original Proceedings): 24-cv-00398-LJC / N. Ref. (Our Reference): 08099.008059/2024-91

From: DRCI COOPERACAO CIVIL (cooperacaocivil@mj.gov.br)

To: acerthorn@yahoo.com

Date: Monday, April 7, 2025 at 11:39 AM CDT

Dear Sir,

At the moment we don't have any update in this case, however, we are in contact with the Superior Court of Justice to give us any update in this case.

We will contact you as soon as we have new information.

Yours Truly,

Coordenação-Geral de Cooperação Jurídica Internacional em Matéria Civil
Departamento de Recuperação de Ativos e Cooperação Jurídica Internacional
Secretaria Nacional de Justiça
Ministério da Justiça e Segurança Pública
Esplanada dos Ministérios - Bloco T - Anexo II, 3º Andar, Sala 318
Brasília (DF) CEP 70064-900

---

**De:** Acerthorn <acerthorn@yahoo.com>
**Enviado:** quinta-feira, 3 de abril de 2025 17:30
**Para:** DRCI COOPERACAO CIVIL <cooperacaocivil@mj.gov.br>
**Assunto:** Re: Solicitação de Informação / Status Update Request - V. Ref. (Original Proceedings): 24-cv-00398-LJC / N. Ref. (Our Reference): 08099.008059/2024-91

It is now April 2, two months since our last correspondence. Do you have any new information for me?

On Tuesday, February 4, 2025 at 09:23:02 AM CST, DRCI COOPERACAO CIVIL <cooperacaocivil@mj.gov.br> wrote:

Prezado Senhor,

Informamos que até a presente data a carta rogatória ainda não retornou a este Departamento.

A tramitação completa até a devolução às autoridades requerentes costuma levar de 6 a 12 meses. A demora ocorre principalmente em função dos prazos que a parte requerida tem para impugnar o pedido, e especialmente nos casos em que esse direito é exercido.

Atenciosamente,

Coordenação-Geral de Cooperação Jurídica Internacional em Matéria Civil

Departamento de Recuperação de Ativos e Cooperação Jurídica Internacional