# Exhibit B

# Solicitação de Informação / Status Update Request - V. Ref. (Original Proceedings): 24-cv-00398-LJC / N. Ref. (Our Reference): 2024/04901

From: MJ/Coordenação-Geral de Cooperação Jurídica Internacional (cooperacaocivil@mj.gov.br)

To: acerthorn@yahoo.com

Date: Thursday, April 17, 2025 at 11:03 AM CDT

Dear Sir or Madam,

In response to the attached document, we inform you that the rogatory letter is stil underway at the Superior Court of Justice. We will contact you again as soon as new information is received.

We remain at your disposal for any further clarifications that may be necessary.

Feel free to contact us should you need any clarification.

Sincerely,

Lucas Rocha
Coordenação-Geral de Cooperação Jurídica Internacional em Matéria Cível
Departamento de Recuperação de Ativos e Cooperação Jurídica Internacional
Secretaria Nacional de Justiça
Ministério da Justiça e Segurança Pública
Esplanada dos Ministérios, Bloco T, Anexo II, 3º Andar, Sala 324
Brasília/DF - CEP 70064-900