# Exhibit C

Case 3:24-cv-00398-LJC   Document 33-3   Filed 04/22/25   Page 1 of 2

# Service of Process

From: Acerthorn (acerthorn@yahoo.com)

To: thiagovrex@gmail.com

Date: Wednesday, January 22, 2025 at 10:44 AM CST

Dear Mr. Baz,

Please find, attached, the English and Portuguese copies of the summons, complaint, and ASM-94 in our case, alongside the order of the court granting me permission to serve you by email to show that I have exhausted all available remedies.

Sincerely,
David Stebbins


[028][1] First Amended Complaint (English).pdf
274.8kB


[028][2] First Amended Complaint (Portuguese).pdf
266kB


[028][3] Summons (English).pdf
448.4kB


[028][4] Summons (Portuguese).pdf
109.1kB


[028][5] USM-94 (English).pdf
337.2kB


[028][6] USM-94 (Portuguese).pdf
337.7kB


[030] Order Denying [029] Motion for Entry of Default or in the Alternative for Leave to Conduct Service of Process by Email.pdf
102.4kB