David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                               PLAINTIFF

VS.                                   Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                         DEFENDANTS

## NOTICE OF SERVICE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Service in the above-styled action.

1. Per the Court's instructions, I served copies of Dkt. 34 & 35 on the defendant via email. See **Exhibit A**.

2. Also, I certify, under penalty of perjury, that I printed these documents out and mailed them, using a $1.65 international forever stamp[1], to the address of Guairá street, number 51, apartment 112, São Paulo, SP, Brazil, which is the Defendant's last known address.

3. A motion for default judgment will be filed on or around May 22, 2025, after this Court's 28-day waiting period has expired.

So noticed on this, the 24th day of April, 2025.

/s/ David Stebbins
David Stebbins (Pro se)

---

1 See https://www.usps.com/international/first-class-mail-international.htm ("Send 1 oz letters or postcards around the world with one Global Forever® stamp, which currently costs $1.65 and never expires, even if the postage price goes up").