David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601 (870) 212-4947     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                     PLAINTIFF

VS.                                              Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                                        DEFENDANTS

## MOTION FOR DEFAULT JUDGMENT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Default Judgment in the above-styled action.

1. I am a YouTuber who goes by the alias "Acerthorn." I own the duly-registered copyright to twenty-one different copyrighted works that are relevant to this action: Ten YouTube videos, one channel icon, and ten copyrighted songs.

2. The Defendant reposted these twenty-one copyrighted works to his own YouTube channel, copying those videos in their entirety, while providing only minimal commentary or criticism. Despite only doing the bare minimum, the Defendant still insists (quite vulgarly, to boot) that his videos are absolutely entitled to fair use protection. He acts as if it's already a done deal, as if there was absolutely nothing to litigate, and that me disagreeing with him on whether or not it's fair use is just me attempting to silence criticism, nothing more.

3. I issued multiple DMCA Takedowns against the Defendant, and the Defendant issued DMCA Counter-Notifications to a few of them. So I filed the instant lawsuit in response to these DMCA Counter-Notifications.

4. The Defendant was entered in default on April 24, 2025. See Dkt. 34.

5. I now move for default judgment to be entered in my favor.

6. Attached is a memorandum of points and authorities in support of this motion, the contents of which are hereby incorporated by reference.

7. Please also find attached the following exhibits:

- **Exhibit A**: An Affidavit from me, authenticating all the other exhibits and incorporating

by reference the factual allegations of the First Amended Complaint, thereby turning those factual allegations into sworn testimony.

- **Exhibit B**: Screenshots of a conversation between me (under an alias account) and the Defendant on Discord.
- **Exhibit C**: A copy of the DMCA Counter-Notification issued by the Defendant which compelled me to file this lawsuit.
- **Exhibit D**: Screenshots of various YouTube comments, the importance of which will be explained in the memorandum.
- **Exhibit E**: A college essay written by the Defendant and published in November of 2023.
- **Exhibit F**: A screenshot of the form I fill out on YouTube whenever I want to dispute a copyright claim that I receive on my videos.
- **Exhibit G**: Screenshots of the watch pages of twelve of the fifteen infringing videos.
- **Exhibit H**: Screenshots of a spreadsheet I created in order to calculate actual damages.

8.  Wherefore, premises considered, I respectfully request that judgment by default be entered in my favor, costs incurred be awarded, and for any other relief to which I may be entitled.

So requested on this, the 22nd day of May, 2025.

<u>/s/ David Stebbins</u><br>
David Stebbins (Pro se)