# Exhibit A

David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601 (870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                 PLAINTIFF

VS.                            Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                           DEFENDANTS

### AFFIDAVIT OF DAVID STEBBINS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Affidavit in Support of Motion for Default Judgment in the above-styled action.

1. I swear, under penalty of perjury, that all of the following statements of fact are true and correct to the best of my knowledge:

2. I am a YouTuber who goes by the alias "Acerthorn."

3. All factual allegations contained in the First Amended Complaint (Dkt. 8), and especially the ones contained in ¶¶ 6-107 of same, are true and correct.

4. On August 2, 2024, I contacted the Defendant on his Discord account, using an alternative account, and pretending to be one of his fans, in order to get information out of him without him realizing it was me. **Exhibit B** contains true and accurate screenshots of that conversation. The only modifications I have made to these screenshots are using colored boxes to highlight points of interest, which I explain in the Memorandum in Support of Motion for Default Judgment. I did not modify these screenshots to make it look like the Defendant sent any messages to me that he did not send.

5. **Exhibit C** is a true and correct copy of the DMCA Counter-Notification I received from YouTube on January 3, 2024, based on the Counter-Notification the Defendant supposedly filed in response to my copyright strikes. Aside from highlighting points of interest, no other alterations to this email have been made.

6. In August of 2024, I watched the YouTube video "Everything Thats Wrong With Youtube (Part1/2) - Copyright, Reactions and Fanboyism" by the YouTuber GradeAUnderA, which you

can watch yourself by going to the URL of https://www.youtube.com/watch?v=vjXNvLDkDTA. **Exhibit D** contains true and accurate screenshots of comments that I found on that video at the time I originally watched it, as well as links you can click on that will take you to a version of the video where those comments are listed at the top of the comment section. Some of them will likely have timestamps that are much older by the time this Court reviews them, since I took the screenshots in August 2024 but am filing this motion in late January or early February 2025.

7. During the summer of 2024, I did a Google search for the Defendant's legal name to see what would come up. I found, among other things, **Exhibit E**, which purports to be a college essay which the Defendant co-authored. I do not know if this essay is authentic and was actually co-authored by the Defendant or not.

8. When I (David Stebbins) get a copyright claim on one of my videos that I wish to dispute on the basis of fair use, I typically get a message from YouTube, while I am submitting this dispute, saying "[t]here's no magic formula to determine whether you're protected by an exception to copyright, such as fair use." **Exhibit F** is a true and correct screenshot of this message that I typically receive.

9. Prior to the Defendant's infringing videos being taken down (either because I issued DMCA Takedowns against them, or because he deleted the videos of his own accord), I took screenshots of their watch pages, showing the titles of the videos, their view counts, their description sections, and, most importantly of all, the dates they were originally uploaded. **Exhibit G** are true and correct screenshots of all the infringing videos except for the Second Stormcloaks Response. No modifications have been made to these screenshots whatsoever since I first took them, and therefore, they are true and correct representations of what the watch pages looked like to me when I first took the screenshots.

10. Last but not least, **Exhibit H** contains a true and correct screenshot of a spreadsheet I created in order to calculate the Trobaugh Damages for the 11 copyrighted works out of 21 in which I am arguably not eligible to receive statutory damages, depending on whether this Court chooses to decide that Circular 66 is not binding on it and, therefore, that my copyrighted works still count as being published.

11. I hereby declare, under penalty of perjury, that all of the previous statements are true and correct to the best of my knowledge.

So testified on this, the 30th day of January, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)
