# Exhibit B















