# Exhibit C

Re: [6UND7BCVFSQF7O2IHDWJEI35JE] New Copyright Counter Notification

| | |
|---|---|
| From: | YouTube Copyright (youtube-disputes+215huvjn7yhg40h@google.com) |
| To: | acerthorn@yahoo.com |
| Date: | Wednesday, January 3, 2024 at 11:51 AM CST |



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=4idQ5q8ox7Y
- http://www.youtube.com/watch?v=MAHQAx3U6_s
- http://www.youtube.com/watch?v=hVzcCMNgKy8
- http://www.youtube.com/watch?v=zMpSK4IIj18

Display name of uploader: Templar Dragonknight, Son of Thunder

Full Name: Thiago Chagas Garcia Baz
E-mail address: thiagovrex@gmail.com
Physical address: Guairá street, number 51, apartment 112 (São Paulo, SP, Brazil)
Telephone number: +55 (11) 99157-9611

Video URLs:

https://www.youtube.com/watch?v=MAHQAx3U6_s
https://www.youtube.com/watch?v=hVzcCMNgKy8
https://www.youtube.com/watch?v=zMpSK4lIj18
https://www.youtube.com/watch?v=4idQ5q8ox7Y

- I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.
- I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

I have made videos in which I criticised the one who issued the copystrike, with the central and clear objective to debate our different opinions regarding the story of a video game (RPG). The core of my videos has always been the clash of ideas, and I never monetized anything. Fair Use dictates that criticism is one of the factors that may determine if one can use someone else's intellectual property without the author's consent or not, and the core of my videos was precisely criticism. The one who sent the copystrike seems to have erroneously assumed that it wasn't fair use simply because I used his content on my videos, but that's simply not true. As stated previously the core of the videos was criticism, which is transformative and gave them creative spark, and none of the videos was monetized. Said critique was done in a firm, always emphasizing the differing opinions of both parties, harshly defending my ideas. Thanks to all of this I believe that the copystrikes were unfair and that my channel was unfairly disabled, and wish to get it back.

Regards
Thiago Chagas Garcia Baz

 Não contém vírus. www.avg.com

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

thiagovrex@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066