# Exhibit D

URL: www.youtube.com/watch?v=vjXNvLDkDTA&lc=UgwZby1l2-2_Nk3sqJR4AaABAg



@roberrdawn24 2 years ago
5 years later...

This STILL holds up.
Wow.

👍 669   👎   Reply

⌄ 11 replies

URL: www.youtube.com/watch?v=vjXNvLDkDTA&lc=UgwMYYvesg2ZCZMDRPR4AaABAg



@PieFaceGuy9000 1 year ago (edited)
Almost 7 years and this still rings true.

👍 1.1K   👎   Reply

⌄ 27 replies

URL: www.youtube.com/watch?v=vjXNvLDkDTA&lc=UgwIdEl2EXKMI1gmrEZ4AaABAg



@theoo.2019 8 months ago (edited)
SSSniperWolf proves that this video is still so incredibly accurate

👍 87   👎   Reply

⌄ 1 reply

URL: www.youtube.com/watch?v=vjXNvLDkDTA&lc=UgxNMPeevWbp613K_cx4AaABAg



@McDShaleee 10 months ago
Its crazy how relevant this video is 7 YEARS LATER

👍 36   👎   Reply

⌄ 9 replies