# Exhibit E



Arthur Côrtes Romão

Bruno Baretta Kazakevic

Christine Bresciani Borst

Thiago Chagas Garcia Baz

**USO DA DEXMEDETOMIDINA NA ANESTESIOLOGIA VETERINÁRIA: REVISÃO DE LITERATURA.**

**SÃO PAULO/SÃO PAULO, NOVEMBRO DE 2023**

1



**Arthur Côrtes Romão**

**Bruno Baretta Kazakevic**

**Christine Bresciani Borst**

**Thiago Chagas Garcia Baz**

**USO DA DEXMEDETOMIDINA NA ANESTESIOLOGIA VETERINÁRIA: REVISÃO DE LITERATURA.**

> Trabalho de Conclusão de Curso na modalidade de artigo científico apresentado ao Curso de Medicina Veterinária da Universidade São Judas Tadeu como requisito parcial à obtenção do título de bacharel em Medicina Veterinária.
>
> **Orientadora:** Renata Avancini Fernandes

**SÃO PAULO/SÃO PAULO, NOVEMBRO DE 2023**

2

# USO DA DEXMEDETOMIDINA NA ANESTESIOLOGIA VETERINÁRIA: RESUMO DE LITERATURA.

Arthur Côrtes Romão, Bruno Baretta Kazakevic, Christine Bresciani Borst, Thiago Chagas Garcia Baz

**RESUMO**

A anestesiologia é uma área de atuação que vem ganhando cada vez mais importância dentro da medicina veterinária, uma vez que cada vez mais questões como manejo da dor e do bem-estar animal vêm sendo abordadas dentro dos tratamentos ofertados para os animais. Por conta disso, a utilização de uma maior gama de fármacos com potenciais anestésicos vem sendo implementados dentro da rotina clínica, como é o caso da dexmedetomidina, um agonista Alfa 2 adrenérgico que se destaca pela sua eficácia em sedação e analgesia. O presente trabalho tem como objetivo discorrer sobre o uso da dexmedetomidina dentro da anestesiologia veterinária.

**Palavras-chave:** anestesia; agonista; fármaco; sedação.

# USE OF DEXMEDETOMIDINE IN VETERINARY ANESTHESIOLOGY: SUMMARY OF LITERATURE.

**ABSTRACT**

Anesthesiology is an area of operation that is gaining more importance within veterinary medicine, as more issues such as pain management and animal well-being are being addressed within the treatments offered to animals. Because of this, the use of a wider range of drugs with anesthetic potential has been implemented within clinical routine, as is the case of dexmedetomidine, an Alpha 2 adrenergic agonist that stands out for its effectiveness in sedation and analgesia. The present work aims to discuss the use of dexmedetomidine in veterinary anesthesiology.

**Key words:** anesthesia; agonist; medicine; sedation.

3

## 1. INTRODUÇÃO

O emprego de fármacos agonistas dos receptores α-2 adrenérgicos é bem sólido na medicina veterinária, tendo como principal representante a xilazina (PARK *et al.*, 2013 *apud* FRANCO, N. *et al*, 2017). Estes são constantemente usados como pré-anestésicos, sedativos, miorrelaxantes e analgésicos, sendo aplicados em procedimentos médicos e cirúrgicos (BRAGA, 2012), bem como para produção de efeitos simpatolíticos e ansiolíticos (BAGATINI et al., 2002).

A xilazina foi o primeiro agonista a-2 adrenérgico aplicado dentro da medicina veterinária a mais de três décadas, sendo utilizada não só em pequenos animais, como também para sedação e contenção de animais de criação e animais silvestres. Essa diversidade de uso e efeitos dose dependentes confiáveis levou a implementação de novos alfa-2 agonistas com maior especificidade dentro da rotina clínica, como é o caso da dexmedetomidina (MOENS, 2000).

A dexmedetomidina é um fármaco agonista α2-adrenérgico usado tanto na anestesiologia humana - de início aplicado como descongestionante nasal e posteriormente como anti-hipertensivo - quanto na veterinária, com o objetivo de fornecer sedação e analgesia. Apesar de ser um fármaco considerado novo no mercado, sua utilização, eficácia, bem como suas vantagens já são muito conhecidas (CURY; GOMES, 2020).

Mesmo com diversos estudos, ainda existe certo receio quanto ao seu uso dentro da anestesiologia veterinária por conta de possíveis efeitos adversos. Nesse contexto, o presente trabalho tem como objetivo, embasado na literatura, revisar os efeitos, benefícios, eficácia, segurança e interações farmacológicas da dexmedetomidina no âmbito do atual cenário da anestesiologia veterinária.

## 2. METODOLOGIA

Neste trabalho foram utilizados como fonte de informações para elaboração desta revisão de literatura, artigos presentes no Google Acadêmico, PubMed, SciELO, acervos de universidades e livros. Inicialmente, os métodos acima foram utilizados na busca por informações referentes a dexmedetomidina e seus usos dentro da medicina veterinária, tendo como objetivo definir os principais benefícios, usos e efeitos adversos dessa medicação. Foram incluídos na busca, textos que apresentam palavras-chave de interesse, assim como artigos completos referentes ao tema abordado, em língua portuguesa e inglesa, do ano de 2000 até 2023, com

4

preferência para publicações mais atuais. Ao final, 30 fontes referentes a dexmedetomidina foram selecionadas e utilizadas na elaboração do presente trabalho.

## 3. REVISÃO DE LITERATURA
### 3.1 Farmacologia

Os fármacos classificados como agonistas adrenérgicos do tipo α-2 têm efeitos potentes e apresentam grande especificidade, podendo os seus receptores serem pré ou pós-sinápticos. Tais receptores dividem-se em 4 subtipos, sendo eles α-2A, α-2B, α-2C e α-2D e cada um desses apresentando ações específicas, com exceção de α-2D, estes os quais encontram-se presentes em todas as áreas do corpo e, portanto, apresentam efeitos diversos dentro do organismo. No que tange os efeitos ansiolíticos estes são promovidos pelo receptor α-2C, já neuroleptoanalgesia e a anestesia são efeitos proporcionados pelo α-2A enquanto os efeitos cardiovasculares pelo subtipo α-2B (BARROS; STASI, 2012).

A dexmedetomidina tem ganhado espaço no mercado veterinário devido a sua alta seletividade e maior segurança se comparada aos outros fármacos agonistas adrenérgicos do tipo α-2. Sua relação de especificidade entre os receptores alfa-2/alfa-1 é de 1620/1, chegando a ser dez vezes maior do que fármacos da mesma classe, como a xilazina. Tal seletividade evita uma maior competição entre as ações dos receptores α-2 e α-1, permitindo que haja maiores efeitos relacionados a α-2, evitando assim os efeitos indesejados de excitação e aumento de estímulos motores decorrentes da ativação de receptores α-1 (CURY; GOMES, 2020).

O mecanismo de ação dos agonistas α-2 nos receptores pré e pós-sinápticos se dá a partir da redução da liberação da norepinefrina, periférica e central, além de uma redução das demais catecolaminas circulantes em aproximadamente 90%, gerando uma depressão no sistema nervoso central (SNC), em especial na região *locus coeruleus* (ALVES,2023). Com a estimulação desses receptores, ocorre o acoplamento e ativação de proteínas G que agem aumentando a condução nos canais iônicos de potássio, gerando uma hiperpolarização celular e reduzindo a excitabilidade dos neurônios do SNC, inibindo os impulsos nervosos. Outra ação fisiológica da ativação desses receptores é a diminuição da condução de cálcio para dentro das células, dessa forma inibindo também a neurotransmissão dos impulsos

5

para células vizinhas. Por meio desses dois mecanismos, são gerados os efeitos de sedação e analgesia esperados da dexmedetomidina (GERTLER et al, 2001).

No que tange sua metabolização trata-se de um fármaco metabolizado pelo fígado, transformado em ácido glicurônico e então excretado pelos rins. Apresentando uma alta afinidade por proteínas plasmáticas e um tempo de meia vida de aproximadamente 2 horas, não sendo mais detectado no organismo após 10 horas (SPINOSA et al., 2023).

### 3.2 Efeitos sedativos

Conforme elucidado anteriormente, os efeitos sedativos da dexmedetomidina são mediados principalmente na região do *locus coeruleus*, no sistema nervoso central, local onde se encontram a maior parte dos receptores do tipo α-2-A, o qual também é responsável pela transmissão de impulsos para o sistema límbico e córtex cerebral. Ao ocorrer a hiperpolarização dos nervos dessa região pela ação nos receptores α-2, esses impulsos são inibidos e os efeitos de sedação e relaxamento muscular são alcançados (BALDO; NUNES, 2003).

Vale ressaltar que os efeitos promovidos pela dexmedetomidina, sejam eles desejáveis ou adversos, são dose-dependentes (CORTOPASSI; FANTONI, 2010).

### 3.3 Efeitos Analgésicos

A analgesia induzida por agonistas α-2 decorre principalmente da estimulação dos receptores α-2-A espinhais e supraespinhais na medula espinhal, assim como de receptores no tronco cerebral, por serem locais de alta concentração de receptores α-2A e fibras nociceptivas. A ativação dos receptores e a consequente inibição da transmissão dos estímulos nociceptivos, juntamente dos mecanismos inibitórios pré e pós-sinápticos produzem analgesia (GERTLER et al, 2001).

A analgesia promovida pela dexmedetomidina atua de forma sinérgica a outros medicamentos que modulam a resposta da dor, especialmente os opioides, reduzindo as doses necessárias desses fármacos para alcançar analgesia satisfatória (MARQUETTI, 2011).

### 3.4 Efeitos cardiovasculares

A estimulação pré-sináptica dos receptores α-2, inibitórios da liberação de noradrenalina, assim como a ativação dos receptores do subtipo α-2B presentes na

6

musculatura lisa, levam a um aumento inicial da pressão arterial devido a uma vasoconstrição periférica, com uma subsequente hipotensão que tende a perdurar por um período mais longo e, juntamente de uma redução no débito cardíaco, resulta também em uma bradicardia reversa. Além dessas alterações, outros efeitos apresentados são alterações arritmogênicas, como bloqueio atrioventricular, este podendo ser de primeiro, segundo e terceiro grau, arritmia sinusal e bloqueio sinoatrial (ENOURI et al., 2008).

Dentre as arritmias que podem ocorrer com o uso da dexmedetomidina, a de maior ocorrência é o bloqueio atrioventricular, principalmente o de 2º grau. Tais alterações são dose-dependentes. A bradicardia, em princípio, não é um fator que limita a administração da dexmedetomidina porque, se ocorrerem bradiarritmias, a aplicação de anticolinérgicos, como a atropina, após o pico hipertensivo, é conduta indicada, assim como o uso de um antagonista alfa 2 adrenérgico, como o atipamezole. Ressalte-se a relevância de monitoração do ritmo cardíaco por intermédio do eletrocardiograma e da pressão arterial. Apesar de resultar em alterações significativas durante os procedimentos anestésicos, em animais com função cardiovascular normal, são efeitos toleráveis e de fácil controle (SANTOS, 2019).

Os efeitos da dexmedetomidina no sistema cardiovascular são menos deletérios e mais previsíveis do que os outros fármacos agonistas α-2, por conta de sua alta especificidade pelos receptores do tipo α-2. Se comparada a xilazina, apresenta uma hipotensão menos abrupta, juntamente de uma menor alteração na frequência cardíaca, tendo uma segurança maior na sua utilização (GRIMM et al., 2015).

**3.5 Efeitos respiratórios**

Os efeitos respiratórios os quais podem ser observados com o uso da dexmedetomidina podem ser causados por conta da depressão respiratória induzida por este fármaco de forma dose-dependente, levando a uma diminuição na frequência respiratória bem como do volume minuto; essas alterações, porém, só irão ocorrer com a utilização de doses elevadas desse fármaco (JULIÃO; ABIMUSSI, 2019). No que tange seu uso em doses adequadas, o mesmo não provocará depressão respiratória, o que pode ser observado pela manutenção do equilíbrio ácido-base e dos níveis de gases sanguíneos durante seu uso. Portanto, tais alterações são de

7

pouca relevância no uso prático da dexmedetomidina, ficando mais evidentes em seu uso intravenoso ou intramuscular em doses altas (M. A. S. WEERINK et al, 2017).

É importante salientar que a dexmedetomidina potencializa outros medicamentos por sinergismo farmacodinâmico e alterações farmacocinéticas, o 'que pode acarretar um efeito aumentado de outros fármacos sobre o sistema respiratório do animal, mesmo sem alterações no equilíbrio ácido-base, sendo consequências a se atentar no uso de associações com a dexmedetomidina (AFONSO; REIS, 2012).

### 3.6 Efeitos Gerais

Devido à presença dos receptores α-2 pós-sinápticos em diversos tecidos, outros efeitos podem ser vistos no uso da dexmedetomidina, de forma mais branda ou pouco frequente, mas ainda assim relevantes. Esses efeitos incluem episódios de êmese, especialmente em felinos, diminuição da secreção de hormônio antidiurético resultando em aumento do débito urinário, salivação excessiva, alterações na função gastrointestinal, com inibição da secreção gástrica e diminuição na motilidade, assim como hipoinsulinemia e hiperglicemia o que acaba tornando esse um fármaco de risco para uso em pacientes diabéticos (MASSONE, 2019).

O uso da dexmedetomidina também pode reduzir a pressão intracraniana (PIC) e o fornecimento de oxigênio a esta região, em decorrência da redução do fluxo sanguíneo cerebral. Em face disso, cautela é necessária no seu emprego em pacientes que apresentem alteração da hemodinâmica intracraniana (RANKIN, 2017).

### 3.7 Interações Farmacológicas

A dexmedetomidina tem um efeito muito desejado de diminuição das doses necessárias de outros anestésicos. No caso dos inalatórios, como o isoflurano e sevoflurano, a concentração alveolar mínima (CAM) desses anestésicos pode diminuir em até 80% quando associados a dexmedetomidina. No que tange os anestésicos injetáveis, como é o caso principalmente do propofol, este também pode ter sua dose reduzida em mais de 30% (BOFF et al., 2022).

Outras medicações também apresentam diminuição nas doses necessárias para alcançar efeitos terapêuticos, em especial os opioides, como o fentanil e a morfina, podendo ter suas doses reduzidas em até 50% se associados a

8

dexmedetomidina, principalmente no período pós-operatório e apresentando uma diminuição dos efeitos colaterais desses medicamentos (CÂMARA, 2020).

### 3.8 Vias de Administração

Por conta de seu efeito sedativo e analgésico, as vias de administração da dexmedetomidina dentro da medicina veterinária são diversas. A via intramuscular se apresenta como a mais utilizada, especialmente durante o pré-operatório, em busca de relaxamento e sedação dos pacientes. Já as vias intravenosa e epidural, são empregues durante o período transoperatório, de forma a manter a sedação do animal, diminuir as doses de agentes concomitantes e atuar como analgésico adjuvante durante o procedimento e no pós-operatório (CAIRES; CLARCK, 2014).

Além das vias acima citadas, a infusão contínua de dexmedetomidina também é uma realidade dentro da anestesiologia veterinária, por conta dos seus efeitos analgésicos e sedativos e principalmente pela diminuição do uso de anestésicos injetáveis e inalatórios, assim como das doses de opioides, como o fentanil, resultando em uma maior estabilidade hemodinâmica e sendo uma alternativa de protocolo para controle da dor em animais domésticos (SOUZA, 2006; ROSA et al., 2016).

### 3.9 Antagonistas

Uma das vantagens da dexmedetomidina é apresentar antagonistas específicos dos receptores α-2, permitindo que os efeitos sedativos e hemodinâmicos sejam revertidos em situações de risco ao animal. O reversor mais recentemente implementado no mercado é o atipamezole, capaz de antagonizar os efeitos da dexmedetomidina de forma dose-dependente e que apresenta meia vida de eliminação que coincide com aquela da dexmedetomidina, sendo assim improvável a recorrência dos efeitos sedativos (CARROLL; GWENDOLYN, 2012).

Também podem ser citadas como reversores da dexmedetomidina, a ioimbina (SINOTTI, 2020) bem como a tolazolina (BRAGA, 2012). Na prática de animais de criação, a ioimbina e a tolazolina são empregues pois o principal agonista α2-adrenérgico usado é a xilazina. A reversão dos agonistas α2-adrenérgicos deve levar em consideração o potencial de excitação do paciente, perda de analgesia e efeitos adversos cardiovasculares, incluindo taquicardia e hipotensão (RANKIN, 2017).

## 4. CONCLUSÃO

A dexmedetomidina se apresenta como um fármaco cada vez mais utilizado dentro da rotina veterinária. Embora possa causar efeitos adversos significativos, seus benefícios em analgesia e sedação decorrentes de sua alta especificidade, assim como a apresentação de antagonistas, faz desse fármaco uma alternativa segura e eficaz na anestesiologia veterinária.

## 5. REFERÊNCIAS

AFONSO, J.; REIS, F. **Dexmedetomidina: papel atual em anestesia e cuidados intensivos.** Revista Brasileira de Anestesiologia, Campinas. v. 62, n. 118, p. 33, 2012.

ALVES, Larissa de Sant'Ana. **Farmacocinética e Farmacodinâmica da Dexmedetomidina (2 µg/kg) por via intravenosa em cães.** 2023. 46 f. Dissertação (Mestrado em Ciência Animal) – Programa de Pós-Graduação em Ciência Animal, Universidade Federal Rural do Semi-Árido, Mossoró, Rio Grande do Norte, 2023.

BAGATINI, A. et al. **Dexmedetomidina: farmacologia e uso clínico**. Revista Brasileira de Anestesiologia, v. 52, n. 5, p. 606–617, set. 2002.

BALDO, C. F.; NUNES, N. **Dexmedetomidina, uma nova opção na anestesiologia veterinária.** Semina: Ciências Agrárias, *[S. l.]*, v. 24, n. 1, p. 155–162, 2003.

BARROS, Ciro M.; STASI, Luiz Claudio D. **Farmacologia Veterinária**. Editora Manole, 2012. E-book. ISBN 9788520449981. Disponível em: <https://integrada.minhabiblioteca.com.br/#/books/9788520449981/>. Acesso em: 18 out. 2023.

BRAGA, S. M. **Uso de fármacos agonistas dos receptores α-2 adrenérgicos em Medicina Veterinária**. 2012. Dissertação (Mestrado em Ciência Animal) – Escola de Veterinária e Zootecnia, Universidade de Goiás, Goiânia, 2012.

BOFF, G. A.; LIMA, C. M. de; NOBRE, M. O.; GEHRCKE, M. I. H**emodynamic and respiratory changes from a continuous infusion of dexmedetomidine in general anesthesia in dogs: a systematic review and meta-analysis.** Research, Society

and Development, *[S. l.]*, v. 11, n. 7, p. e39611729980, 2022. DOI: 10.33448/rsd-v11i7.29980. Disponível em:<https://rsdjournal.org/index.php/rsd/article/view/29980>. Acesso em: 9 nov. 2023.

CAIRES, L.P., Clark, R.M.O. **Agonistas Alfa-2 pela via epidural na analgesia de caes e gatos - Revisão de Literatura**. Veterinária e Zootecnia, Universidade Estadual de Santa Cruz, Bahia, 2014.

CÂMARA, Bruna M. C. **Efeitos Clínicos, Hemogasométricos e Ecocardiográficos da Associação de Dexmedetomidina e Metadona com ou sem Midazolam em felinos**. 2020. Programa de Pós-Graduação em Ciência Animal - Escola de Veterinária, Universidade Federal de Minas Gerais, Minas Gerais, 2020.

CARROLL, Gwendolyn L. **Anestesia e Analgesia de Pequenos Animais.** Editora Manole, 2012. E-book. ISBN 9788520451892. Disponível em: <https://integrada.minhabiblioteca.com.br/#/books/9788520451892/>. Acesso em: 03 out. 2023.

CURY, Luiza Pereira; GOMES, Deriane Elias. **Uso da dexmedetomidina na medicina veterinária.** Revista Científica Unilago. São José do Rio Preto, v. 1, n. 1, seção artigos, 2020.

ENOURI, S. S. et al. **Effects of a peripheral α2adrenergic-receptor antagonist on the hemodynamic changes induced by medetomidine administration in conscious dogs.** American Journal of Veterinary Research, v. 69, n. 6, p. 728–736, jun. 2008.

FANTONI, D. T.; CORTOPASSI, S. R. G. **Anestesia em cães e gatos**. p. 222-223, 2ª ed., São Paulo, Roca, 2010.

FRANCO, Nathalia *et al*. **Uso e efeitos da dexmedetomidina na anestesia de ratos e camundongos.** Veterinária em Foco. Canoas. n.1, v.15, p. 3-12, jul./dez. 2017.

GERTLER, R., BROWN, H. C., MITCHELL, D. H., & SILVIUS, E. N. **Dexmedetomidine: a novel sedative-analgesic agent**. *Proceedings (Baylor University. Medical Center)*, v. 14, n. 1, p. 13–21, 2001. Disponível em:

<https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1291306/>. Acesso em: 19 out. 2023.

JULIÃO G. H.; ABIMUSSI C. J. X. **Uso de dexmedetomidina em Medicina Veterinária: revisão de literatura**. Revista de Educação Continuada em Medicina Veterinária e Zootecnia do CRMV-SP, v. 17, n. 1, p. 26-32, 2019.

KUUSELA, E. *et al*. **Comparison of dexmedetomidine as premedicants in dogs undergoing propofol-isoflurane anesthesia.** American Journal of Veterinary Research, Schaumburg, v. 62, n. 7, p. 1073-1080, 2001.

MARQUETTI, Mércia Amaro. **Efeitos clínicos e analgésicos da administração epidural da dexmedetomidina associada à lidocaína em cadelas submetidas à ovário-histerectomia.** Franca, 2011. 41 f. Dissertação (Mestrado em Medicina Veterinária de Pequenos Animais) - Universidade de Franca. 2011.

MASSONE, Flavio. **Anestesiologia Veterinária - Farmacologia e Técnicas**. Grupo GEN, 2019. E-book. ISBN 9788527734882. Disponível em: <https://integrada.minhabiblioteca.com.br/#/books/9788527734882/>. Acesso em: 18 out. 2023.

MOENS, Y. **The veterinary experience**. Best Practice & Research Clinical Anaesthesiology, v. 14, n. 2, p. 293–304, jun. 2000.

PARK, J. W. et al. **α2-Adrenergic agonists including xylazine and dexmedetomidine inhibit norepinephrine transporter function in SK-N-SH cells**. *Neuroscience Letters*, v.541, p.184-189, 2013.

RANKIN, D.C. Sedativos e tranquilizantes Lumb & Jones. **Anestesiologia e analgesia veterinária.** São Paulo, Roca, 2017 p. 587, 597-598.

ROSA, A. et al. **Avaliação da infusão contínua de dexmedetomidina ou dexmedetomidina-midazolam sobre variáveis cardiorrespiratórias e qualidade da recuperação anestésica, em cadelas submetidas à ovariosalpingohisterectomia**. Revista Brasileira De Medicina Veterinaria, v. 38, n. 2, p. 168–174, 6 jun. 2016.

SANTOS, Everson Alves dos. **ARRITMIAS NO USO DA DEXMEDETOMIDINA EM CÃES**. Trabalho de Conclusão de Curso para avaliação no componente curricular TCC II do curso de Medicina Veterinária do Centro Universitário do Planalto Central Apparecido dos Santos, Distrito Federal, 2019. Disponível em: <https://dspace.uniceplac.edu.br/bitstream/123456789/195/1/Everson_Santos_0002632.pdf>. Acesso em: 08 de novembro de 2023.

SINOTTI, F. J. . **Atipamezole e ioimbina: Estudo de doses na reversão dos efeitos da dexmedetomidina em cães.** 2019. 47f. Tese Dissertação Mestrado (Patologia Animal) - Universidade Federal do Paraná, Palotina. 2019.

SOUZA, Sérgio dos Santos. **Efeitos da dexmedetomidina, por via epidural ou infusão contínua intravenosa, em gatas anestesiadas com propofol e isoflurano e submetidas a ovariossalpingohisterectomia**. 2006. Dissertação (Mestrado em Clínica Cirúrgica e Veterinária) - Faculdade de Medicina Veterinária e Zootecnia, University of São Paulo, São Paulo, 2006. doi:10.11606/D.10.2006.tde-06032007-151544. Acesso em: 2023-11-08

SPINOSA, Helenice de S.; GÓRNIAK, Silvana L.; BERNARDI, Maria M. **Farmacologia Aplicada à Medicina Veterinária.** Grupo GEN, 2023. E-book. ISBN 9788527738941. Disponível em: <https://integrada.minhabiblioteca.com.br/#/books/9788527738941/>. Acesso em: 18 out. 2023.

UILENREEF, J. J. *et al*. **Dexmedetomidine continuous rate infusion during isoflurane anesthesia in canine surgical patients**. Veterinary Anaesthesia and Analgesia, Davis, v. 35, n. 1, p. 1-12, 2008.

VILLELA, Nivaldo Ribeiro; NASCIMENTO JÚNIOR, Paulo do. **Uso de dexmedetomidina em anestesiologia.** Revista Brasileira de Anestesiologia, v. 53, p. 97-113, 2003.

WEERINK, M.A.S., STRUYS, M.M.R.F., HANNIVOORT, L.N. *et al.* **Clinical Pharmacokinetics and Pharmacodynamics of Dexmedetomidine.** *Clin Pharmacokinet,* v.56, n. 8, p. 893–913, 2017. Disponível em:

<https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5511603/>. Acesso em: 19 out. 2023.

**AGRADECIMENTOS**

Agradecimento especial a professora Jordana Casemiro por sua disponibilidade, apoio e orientação na construção e elaboração deste trabalho e durante toda a trajetória acadêmica até aqui. Seus ensinamentos, conselhos e comentários foram cruciais.