# Exhibit G























