# Exhibit H

| Copyrighted Work | Date of Infringement | Date of Channel Termination | Total Days Infringements were Live | Actual Damages Per Infringement |
|---|---|---|---|---|
| First Racist Video | 04/20/19 | 08/24/23 | 1,587 | $158,700.00 |
| First Stormcloaks Video | 01/20/20 | 08/24/23 | 1,312 | $131,200.00 |
| Civility Video | 03/25/21 | 08/24/23 | 882 | $88,200.00 |
| Icon #6 | 03/25/21 | 08/24/23 | 882 | $88,200.00 |
| Elden Ring Video | 07/14/22 | 08/24/23 | 406 | $40,600.00 |
| Aaron Video | 05/30/22 | 08/24/23 | 451 | $45,100.00 |
| Ducking Video | 05/30/22 | 08/24/23 | 451 | $45,100.00 |
| Incest Video | 04/03/22 | 08/24/23 | 508 | $50,800.00 |
| Fractions Video | 04/03/22 | 08/24/23 | 508 | $50,800.00 |
| Trauma Video | 04/03/22 | 08/24/23 | 508 | $50,800.00 |
| Nirvgorilla Video | 04/03/22 | 08/24/23 | 508 | $50,800.00 |
| | | Total Actual Damages | | $800,300.00 |

- "Date of Infringement" is the date the infringing video was first posted, as alleged in ¶ 53, ¶ 60, ¶ 63, ¶ 69, ¶ 73, and ¶ 84 of the First Amended Complaint (Dkt. 8). For multi-part infringements (such as the responses to the First Racist and First Stormcloaks videos), the date of the final part of those series is used.

- "Date of Channel Termination" refers to the date when the Defendant obtained three copyright strikes and has his channel initially deleted. While his channel was interimly brought back after this lawsuit was filed, all other videos were voluntarily deleted by the Defendant himself less than 24 hours after his channel interimly reinstated. As such, the time they were "re-visible" (for lack of a better term) is a negligible contribution to the total Trobaugh Damages.