David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                      PLAINTIFF

VS.                                          Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                                                  DEFENDANTS

## MOTION TO CLARIFY OR IN THE ALTERNATIVE TO SEAL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Clarify or in the Alternative to Seal in the above-styled action.

1. I am suing, not just over videos, but over songs as well. As I explained in the First Amended Complaint, "You can listen to these songs by going to the following unlisted playlist on YouTube: ... However, you will have to pay my channel at least $1 per month to be able to listen to these songs. Maybe, once this case gets underway, I can file under seal so the Court can hear these songs for free without me giving away free samples to the public." My songs are available for free on my YouTube videos, but I'm talking over them. Clean copies of these songs are gated behind a paywall, and uploading them to a court record (which is public record by default) undermines that purpose.

2. This morning, I received an email from the Clerk providing me with a box.com account I can upload to.

3. Before I upload my electronic exhibits, I wish for the Court to clarify: Will the general public be able to see these uploads? In the alternative, will they be kept secret as long as I don't share the link with anyone? That would be sufficient for my needs too.

4. If neither of these are true, then I respectfully ask the Court to modify its order so as to allow these electronic exhibits to be filed under seal, or in such other way as to enable the Court to review the songs in camera, so I won't be giving free samples to the public.

So requested on this, the 3rd day of July, 2025.

*/s/ David Stebbins*
David Stebbins (Pro se)
