UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>    v.<br><br>THIAGO CHAGAS GARCIA BAZ,<br><br>    Defendant. | Case No.  24-cv-00398-LJC<br><br>**ORDER GRANTING MOTION TO FILE AUDIO FILES UNDER SEAL**<br><br>Re: Dkt. No. 40 |

The Court previously instructed Plaintiff David Stebbins, pro se, to file certain multimedia files electronically. ECF No. 39. Stebbins now seeks clarification of whether multimedia files electronically filed with the Court will be publicly available, and if so, seeks permission to file copyrighted songs under seal. ECF No. 40. Court filings are typically available to the public, and in the ordinary course a member of the public may access those filings through the ECF docket for the specific case of interest. CAND-ECF refers to the electronic document filing system for the Northern District of California, the court in which this case is filed. Members of the public are able to access case dockets that exist within CAND-ECF using the Public Access to Court Electronic Records (PACER) system. In certain limited circumstances, an interested party might need to visit the Clerk's Office or otherwise make special arrangements to access filings that do not appear in the ECF docket and thus are not available through the PACER system. A sealing order will protect information whether it is accessible through the ECF docket or the Clerk's Office.

The Court finds sufficient cause apparent to seal the audio files of songs for which Stebbins brought this action to enforce his copyright. Stebbins's Motion is GRANTED as to that issue, and the song files may be filed under seal. In the declaration required by the Court's July 2,

2025 Order, Stebbins must identify by filename each file he submitted that falls within the scope of this Order. Those files will remain under seal absent an order of the Court to the contrary.

The Court does not understand Stebbins's present Motion as seeking to seal either his own or Defendant's video files, which either are or were available for public viewing on YouTube.

**IT IS SO ORDERED.**

Dated: July 3, 2025

LISA J. CISNEROS
United States Magistrate Judge