UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                  PLAINTIFF

VS.                                        Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                                DEFENDANTS

## ORDER GRANTING EMERGENCY MOTION TO SEAL TOTALITY OF ELECTRONIC EXHIBITS

  COMES NOW, before the Court, the Plaintiff's Emergency Motion to Seal Totality of Electronic Exhibits. For good cause shown, the Court GRANTS this motion. The Clerk is hereby ordered to file under seal the totality of the electronic exhibits that the Plaintiff uploads pursuant to its previous order (Dkt. 39) without the Plaintiff needing to specify which files.

  IT IS SO ORDERED

_____
Signature of Judge

_____/_____/_____
Date (MM/DD/YYYY)