David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                        PLAINTIFF

VS.                              Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                  DEFENDANTS

## NOTICE OF UPLOADING OF ELECTRONIC EXHIBITS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Uploading of Electronic Exhibits in the above-styled action.

### Background

1. On July 2, 2025, the Court instructed me to upload copies of the copyrighted videos, songs, and the defendant's infringing videos to an account provided to me by the Court. See Dkt. 39. Later that same day, an officer of the Clerk's Office emailed me, providing me with a box.com link where I could upload the electronic exhibits.

2. I have uploaded the exhibits like the Court asked.

### Prefixes on filenames

3. To help the Court sort through the electronic exhibits, I have prefaced each of them with a number-letter combination based on what each electronic exhibit is. The ones beginning with the number 01 are my original copyrighted works. The ones beginning with the number 02 are the defendant's infringing videos. Meanwhile, the electronic exhibits beginning with the numbers are the "clips" which I previously provided in the "playlist(s) of clips" to help the Court see just how long the portions of the defendants videos where he copied my original video (even numbered clips) were, and just how short the portions of his videos where he provided minimal commentary (odd numbered clips) were.

4. For the 01 and 02 electronic exhibits, I further sorted them with a lower case letter, so that, when sorted alphabetically, the exhibits would be listed in the same order they appear in the First Amended Complaint. So, for example, in the FAC, I established the existence of my

copyrighted Channel Icon #6 first (see Dkt. 8, ¶ 7), and so that exhibit has "01a" at the start of its filename. Since the Defendant's "censorship video" was the last infringement I discussed (see Dkt. 8, ¶¶ 83-90), it is given the prefix "02n." So on and so forth.

### Timestamps of where copyrighted songs appear

5.     To further assist the Court in reviewing the Second Stormcloaks Video and the three-part infringing response form the defendant, I am also attaching to this Notice **Exhibit A**, a chart showing timestamps for the first 1 hour and 27 minutes of the Second Stormcloaks Video, and showing where each of the ten copyrighted songs appear in that video. Since the defendant only managed to copy up to the 1 hour 27 minute mark of my original video before I had his channel taken down, there is no need to document any songs that appear after that.

6.     Cross-referencing this chart with Electronic Exhibits 01l through 01u (the ten songs) and Electronic Exhibit 01v (the Second Stormcloaks Video) should show the court that all ten of my songs were used in the first half of that video and, therefore, that the defendant infringed on those songs in his non-fair-use three part response.

### Exhibits to be filed under seal

7.     On July 3, 2025, the Court granted leave for me to file electronic copies of my ten songs under seal. See Dkt. 41. It also instructed me to state the filenames of those names. Per these instructions, those filenames are...

- 01l - Plaintiff's Original Copyrighted Work - Acer's High.mp3
- 01m - Plaintiff's Original Copyrighted Work - Slow Prat Fall.wav
- 01n - Plaintiff's Original Copyrighted Work - Blinding Rage.wav
- 01o - Plaintiff's Original Copyrighted Work - Sigh of Relief.wav
- 01p - Plaintiff's Original Copyrighted Work - An Epic Moment.wav
- 01q - Plaintiff's Original Copyrighted Work - Smile on my Face.wav
- 01r - Plaintiff's Original Copyrighted Work - There is no hope.wav
- 01s - Plaintiff's Original Copyrighted Work - Ready for action.wav
- 01t - Plaintiff's Original Copyrighted Work - Sample of Life.wav
- 01u - Plaintiff's Original Copyrighted Work - Section of Life.wav

8.     I also have another motion to seal pending. See Dkt. 42. Before the Court takes these electronic exhibits and puts them into the record, I humbly ask that it rule on that motion to seal first, so I will not suffer irreparable harm.

## Conclusion

9.     Wherefore, premises considered, I respectfully pray that the Court enter default judgment in my favor, award all the relief requested in that motion, and for any other relief to which I am entitled.

So submitted on this, the 14th day of July, 2025.

<u>/s/ David Stebbins</u>
David Stebbins (Pro se)