# Exhibit A

# Chart showing when each song is played in the Second Stormcloaks Video

| Timestamps | Video Title | Timestamps | Video Title |
| --- | --- | --- | --- |
| 0:00 - 0:14 | Long Prat Fall | 23:05 - 23:41 | Sample of Life |
| 0:14 - 1:34 | Acer's High | 23:41 - 24:14 | Section of Life |
| 1:34 - 5:08 | Smile on My Face | 24:14 - 24:36 | Smile on My Face |
| 5:08 - 5:14 | No music copyrighted by me | 24:36 - 24:51 | Acer's High |
| 5:14 - 5:47 | Long Prat Fall | 24:51 - 24:57 | No music copyrighted by me |
| 5:47 - 6:58 | Sight of Relief | 24:57 - 25:38 | Long Prat Fall |
| 6:58 - 10:22 | Section of Life | 25:38 - 27:44 | Section of Life |
| 10:22 - 11:18 | Sample of Life | 27:44 - 34:19 | An Epic Moment |
| 11:18 - 11:52 | There is No Hope | 34:19 - 38:53 | Ready for Action |
| 11:52 - 14:26 | An Epic moment | 38:53 - 54:55 | There is No Hope |
| 14:26 - 16:22 | Ready for Action | 54:55 - 55:23 | No music copyrighted by me |
| 16:22 - 16:30 | Acer's High | 55:23 - 1:01:46 | Section of Life |
| 16:30 - 16:36 | No music copyrighted by me | 1:01:46 - 1:10:01 | An Epic Moment |
| 16:36 - 17:17 | Long Prat Fall | 1:10:01 - 1:12:36 | Long Prat Fall |
| 17:17 - 17:34 | Blinding Rage | 1:12:36 - 1:14:14 | No Music |
| 17:34 - 18:54 | Sigh of Relief | 1:14:14 - 1:15:34 | Smile on My Face |
| 18:54 - 20:16 | An Epic Moment | 1:15:34 - 1:17:32 | Sample of Life |
| 20:16 - 21:42 | There is No Hope | 1:17:32 - 1:17:36 | No music copyrighted by me |
| 21:42 - 22:17 | Ready for Action | 1:17:36 - 1:25:55 | Blinding Rage |
| 22:17 - 22:58 | An Epic Moment | 1:25:55 - 1:27:22 | Sigh of Relief |
| 22:58 - 23:05 | No music copyrighted by me | | |

\* There is no need to document which songs were included at which timestamps after the 1:27:22 mark, because the Defendant only managed to copy up to that point before I moved to take down his infringing series. As such, any other songs after this point are irrelevant.

\*\* Timestamps are not meant to be exact. Sometimes, the songs change mid-second. These are only estimations. However, even if some timestamps are entirely inaccurate, it ultimately doesn't matter. This chart is only designed to prove that all ten copyright songs were used in the first hour and 27 minutes of the video, meaning that, when the Defendant copied the first hour and 27 minutes without following fair use, he infringed on ten separate registered copyrights, aka $7,500 - $1.5 million in statutory damages worth of infringements. The exact timestamps don't matter at all at that point.