UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>      Plaintiff,<br><br>   v.<br><br>THIAGO CHAGAS GARCIA BAZ,<br><br>      Defendant. | Case No. 24-cv-00398-LJC<br><br>**ORDER REGARDING EMERGENCY MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 42 |

The Court previously allowed pro se Plaintiff David Stebbins to file certain audio files under seal, but noted that Stebbins's request did not appear to encompass video files that either are or were previously available for public viewing on YouTube. ECF No. 41. Stebbins now moves to seal those files as well, arguing that allowing public access from the Court would prevent him from obtaining revenue and other benefits when others view those videos on YouTube, and would undermine his intellectual property rights. ECF No. 42.[1] As discussed below, that motion is GRANTED IN PART. The hearing improperly[2] noticed for July 15, 2025 is VACATED.

These videos are to be filed in connection with a motion for default judgment, a context more than tangentially related to the merits of the case. Stebbins therefore must show "compelling reasons" to file under seal. *See generally Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092 (9th Cir. 2016). The Court does not find compelling reasons to seal videos that either are or were publicly available through other means, such that the public would have no means at all to

---

[1] Stebbins expresses concern that the public could download the videos via PACER. As a point of clarification, PACER does not provide access to video evidence, regardless of whether videos are filed under seal.

[2] *See* Civ. L.R. 7-2(a) ("Except as otherwise ordered or permitted by the assigned Judge or these Local Rules, and except for motions made during the course of a trial or hearing, all motions must be . . . noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion").

1  access them in the record of this case.  That said, balancing the public's interest in access to the
2  judicial process against Stebbins's interest in preventing unrestricted distribution of the videos in
3  which he claims intellectual property rights, the Court limits access to the videos as follows:
4      Members of the public may view the videos at issue in person at the Clerk's Office.  The
5  public may not make copies of the videos, and the Clerk shall not provide the public with either
6  copies of the videos or any form of remote access to them outside of the Clerk's Office.
7      The Court understands that Stebbins has already electronically filed all multimedia exhibits
8  at issue in accordance with instructions from the Clerk.  *See generally* ECF No. 43.  Stebbins is
9  instructed to file a declaration no later than July 21, 2025 identifying the video exhibits subject to
10 this Order.  The terms of this Order shall apply to the videos identified in that forthcoming
11 declaration absent a subsequent order by the Court to the contrary.
12 **IT IS SO ORDERED.**
13 Dated: July 14, 2025

LISA J. CISNEROS
United States Magistrate Judge