David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601 (870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                 PLAINTIFF

VS.                                Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                          DEFENDANTS

**DECLARATION OF FILENAMES IN RESPONSE TO COURT'S JULY 14, 2025 ORDER**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Declaration of Filenames of electronic exhibits whose distribution is to be limited to in-person, in-courthouse viewing with no copying allowed, in response to the Court's order on July 14, 2025.

1. The filenames of all files which should be so limited are as follows:

```
● 01a - Plaintiff's Original Copyrighted Work - Acerthorn Channel Icon #6.png
● 01b - Plaintiff's Original Copyrighted Work - First Racist Video.mp4
● 01c - Plaintiff's Original Copyrighted Work - First Stormcloaks Video.mp4
● 01d - Plaintiff's Original Copyrighted Work - Ducking Video.mp4
● 01e - Plaintiff's Original Copyrighted Work - Aaron Video.mp4
● 01f - Plaintiff's Original Copyrighted Work - Incest Video.mp4
● 01g - Plaintiff's Original Copyrighted Work - Fractions Video.mp4
● 01h - Plaintiff's Original Copyrighted Work - Trauma Video.mp4
● 01i - Plaintiff's Original Copyrighted Work - Nirvgorilla Video.mp4
● 01j - Plaintiff's Original Copyrighted Work - Civility Video.mp4
● 01k - Plaintiff's Original Copyrighted Work - Elden Ring VIdeo.mp4
● 01v - Plaintiff's Original Copyrighted Work - Second Stormcloaks Video.mp4
● 02a - Defendant's Infringing Videos - First Racist Response Part 1.mp4
● 02b - Defendant's Infringing Videos - First Racist Response Part 2.mp4
● 02c - Defendant's Infringing Videos - First Racist Response Part 3.mp4
● 02d - Defendant's Infringing Videos - First Stormcloaks Response Part 1.mp4
● 02e - Defendant's Infringing Videos - First Stormcloaks Response Part 2.mp4
● 02f - Defendant's Infringing Videos - First Stormcloaks Response Part 3.mp4
● 02g - Defendant's Infringing Videos - Civility Response Part 1.mp4
● 02h - Defendant's Infringing Videos - Civility Response Part 2.mp4
● 02i - Defendant's Infringing Videos - Elden Ring Response.mp4
● 02j - Defendant's Infringing Videos - Victim Video.mp4
● 02k - Defendant's Infringing Videos - Second Stormcloaks Response Part 1.mp4
● 02l - Defendant's Infringing Videos - Second Stormcloaks Response Part 2.mp4
```

- 02m - Defendant's Infringing Videos - Second Stormcloaks Response Part 3.mp4
- 02n - Defendant's Infringing Videos - Censorship Video.mp4
- 03 First Racist Response Part 1 Clip 02.mp4
- 03 First Racist Response Part 1 Clip 04.mp4
- 04 - First Racist Response Part 2 Clip 02.mp4
- 04 - First Racist Response Part 2 Clip 04.mp4
- 04 - First Racist Response Part 2 Clip 06.mp4
- 04 - First Racist Response Part 2 Clip 08.mp4
- 04 - First Racist Response Part 2 Clip 10.mp4
- 04 - First Racist Response Part 2 Clip 12.mp4
- 04 - First Racist Response Part 2 Clip 14.mp4
- 04 - First Racist Response Part 2 Clip 16.mp4
- 04 - First Racist Response Part 2 Clip 18.mp4
- 04 - First Racist Response Part 2 Clip 20.mp4
- 05 - First Racist Response Part 3 Clip 02.mp4
- 05 - First Racist Response Part 3 Clip 04.mp4
- 05 - First Racist Response Part 3 Clip 06.mp4
- 05 - First Racist Response Part 3 Clip 08.mp4
- 05 - First Racist Response Part 3 Clip 10.mp4
- 05 - First Racist Response Part 3 Clip 12.mp4
- 05 - First Racist Response Part 3 Clip 14.mp4
- 05 - First Racist Response Part 3 Clip 16.mp4
- 05 - First Racist Response Part 3 Clip 18.mp4
- 05 - First Racist Response Part 3 Clip 20.mp4
- 06 - First Stormcloaks Response Part 1 Clip 02.mp4
- 06 - First Stormcloaks Response Part 1 Clip 04.mp4
- 06 - First Stormcloaks Response Part 1 Clip 06.mp4
- 06 - First Stormcloaks Response Part 1 Clip 08.mp4
- 06 - First Stormcloaks Response Part 1 Clip 10.mp4
- 06 - First Stormcloaks Response Part 1 Clip 12.mp4
- 06 - First Stormcloaks Response Part 1 Clip 14.mp4
- 06 - First Stormcloaks Response Part 1 Clip 16.mp4
- 06 - First Stormcloaks Response Part 1 Clip 18.mp4
- 07 - First Stormcloaks Response Part 2 Clip 02.mp4
- 07 - First Stormcloaks Response Part 2 Clip 04.mp4
- 07 - First Stormcloaks Response Part 2 Clip 06.mp4
- 07 - First Stormcloaks Response Part 2 Clip 08.mp4
- 07 - First Stormcloaks Response Part 2 Clip 10.mp4
- 07 - First Stormcloaks Response Part 2 Clip 12.mp4
- 07 - First Stormcloaks Response Part 2 Clip 14.mp4
- 07 - First Stormcloaks Response Part 2 Clip 16.mp4
- 07 - First Stormcloaks Response Part 2 Clip 18.mp4
- 07 - First Stormcloaks Response Part 2 Clip 20.mp4
- 07 - First Stormcloaks Response Part 2 Clip 22.mp4

- 07 - First Stormcloaks Response Part 2 Clip 24.mp4
- 08 - First Stormcloaks Response Part 3 Clip 02.mp4
- 08 - First Stormcloaks Response Part 3 Clip 04.mp4
- 08 - First Stormcloaks Response Part 3 Clip 06.mp4
- 08 - First Stormcloaks Response Part 3 Clip 08.mp4
- 08 - First Stormcloaks Response Part 3 Clip 10.mp4
- 08 - First Stormcloaks Response Part 3 Clip 12.mp4
- 09 - Civility Response Part 1 Clip 02.mp4
- 09 - Civility Response Part 1 Clip 04.mp4
- 09 - Civility Response Part 1 Clip 06.mp4
- 09 - Civility Response Part 1 Clip 08.mp4
- 09 - Civility Response Part 1 Clip 10.mp4
- 09 - Civility Response Part 1 Clip 12.mp4
- 09 - Civility Response Part 1 Clip 14.mp4
- 09 - Civility Response Part 1 Clip 16.mp4
- 09 - Civility Response Part 1 Clip 18.mp4
- 09 - Civility Response Part 1 Clip 20.mp4
- 10 - Civility Response Part 2 Clip 02.mp4
- 10 - Civility Response Part 2 Clip 04.mp4
- 10 - Civility Response Part 2 Clip 06.mp4
- 10 - Civility Response Part 2 Clip 08.mp4
- 10 - Civility Response Part 2 Clip 10.mp4
- 10 - Civility Response Part 2 Clip 12.mp4
- 10 - Civility Response Part 2 Clip 14.mp4
- 10 - Civility Response Part 2 Clip 16.mp4
- 11 - Elden Ring Response Clip 02.mp4
- 11 - Elden Ring Response Clip 04.mp4
- 11 - Elden Ring Response Clip 06.mp4
- 11 - Elden Ring Response Clip 08.mp4
- 11 - Elden Ring Response Clip 10.mp4
- 11 - Elden Ring Response Clip 12.mp4
- 11 - Elden Ring Response Clip 14.mp4
- 12 - Victim Video Clip 02.mp4
- 12 - Victim Video Clip 04.mp4
- 12 - Victim Video Clip 06.mp4
- 12 - Victim Video Clip 08.mp4
- 12 - Victim Video Clip 10.mp4
- 12 - Victim Video Clip 12.mp4
- 12 - Victim Video Clip 14.mp4
- 12 - Victim Video Clip 16.mp4
- 12 - Victim Video Clip 18.mp4
- 12 - Victim Video Clip 20.mp4
- 12 - Victim Video Clip 22.mp4
- 12 - Victim Video Clip 24.mp4

- `12 - Victim Video Clip 26.mp4`
- `12 - Victim Video Clip 28.mp4`
- `12 - Victim Video Clip 30.mp4`
- `12 - Victim Video Clip 32.mp4`
- `12 - Victim Video Clip 34.mp4`
- `12 - Victim Video Clip 36.mp4`
- `12 - Victim Video Clip 38.mp4`
- `12 - Victim Video Clip 40.mp4`
- `12 - Victim Video Clip 42.mp4`
- `12 - Victim Video Clip 44.mp4`
- `12 - Victim Video Clip 46.mp4`
- `12 - Victim Video Clip 48.mp4`
- `12 - Victim Video Clip 50.mp4`
- `12 - Victim Video Clip 52.mp4`
- `12 - Victim Video Clip 54.mp4`
- `12 - Victim Video Clip 56.mp4`
- `12 - Victim Video Clip 58.mp4`
- `12 - Victim Video Clip 60.mp4`
- `12 - Victim Video Clip 62.mp4`
- `12 - Victim Video Clip 64.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 02.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 04.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 06.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 08.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 10.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 12.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 14.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 16.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 18.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 20.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 22.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 24.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 26.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 28.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 30.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 32.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 34.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 36.mp4`
- `13 - Second Stormcloaks Response Part 1 Clip 38.mp4`
- `14 - Second Stormcloaks Response Part 2 Clip 02.mp4`
- `14 - Second Stormcloaks Response Part 2 Clip 04.mp4`
- `14 - Second Stormcloaks Response Part 2 Clip 06.mp4`
- `14 - Second Stormcloaks Response Part 2 Clip 08.mp4`
- `14 - Second Stormcloaks Response Part 2 Clip 10.mp4`

- 14 - Second Stormcloaks Response Part 2 Clip 12.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 14.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 16.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 18.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 20.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 22.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 24.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 26.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 28.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 30.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 32.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 34.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 36.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 38.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 40.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 42.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 44.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 46.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 48.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 50.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 52.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 54.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 56.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 58.mp4
- 14 - Second Stormcloaks Response Part 2 Clip 60.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 02.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 04.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 06.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 08.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 10.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 12.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 14.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 16.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 18.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 20.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 22.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 24.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 26.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 28.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 30.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 32.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 34.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 36.mp4
- 15 - Second Stormcloaks Response Part 3 Clip 38.mp4

- `15 - Second Stormcloaks Response Part 3 Clip 40.mp4`
- `15 - Second Stormcloaks Response Part 3 Clip 42.mp4`
- `15 - Second Stormcloaks Response Part 3 Clip 44.mp4`
- `16 - Censorship Video 02.mp4`
- `16 - Censorship Video 03.mp4`
- `16 - Censorship Video 04.mp4`
- `16 - Censorship Video 05.mp4`

2. The ten copyrighted songs are being filed under full-blown seal, so there is no need to list them here as I've already listed them in Dkt. 43.

3. Notice that I am not including the odd-numbered clips which I have uploaded. As I explain in the First Amended Complaint when I discuss these playlists of clips, the odd-numbered clips are where he provides criticism and commentary. The defendant has the right under the First Amendment to publish this content as long as he isn't making an unfair use infringement on my copyright. So these odd-numbered clips can be made publicly available to the greatest extent possible, and the public can request copies of them from the Clerk's Office if they are so inclined.

4. This also means that the defendant, once this case is over, will remain free to repost the odd-numbered clips to any video-hosting site that will accept them. Although he is set to have his channel re-terminated at the end of this case, he can still create accounts with other video sharing sites, such as Rumble or Vimeo. He can repost the odd numbered clips there if he is so inclined.

So declared on this, the 15th day of July, 2025.

/s/ David Stebbins
David Stebbins (Pro se)