UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| David Stebbins , <br><br>                    Plaintiff(s), <br><br> against <br><br> Thiago Baz      , <br><br>                    Defendant(s). | Case 3:24-cv-00398-LJC <br><br> CASE REPORT AND [PROPOSED] CASE MANAGEMENT PLAN FOR PRO SE CASE |

1. **Summary of Claims, Defenses, and Relevant Issues:**

**(Plaintiff)**/Defendant (circle one)

Defendant, unlawfully and without following fair use, reposted my copyright YouTube videos, songs, and icons in their entirety to his own YouTube channel while providing only minimal criticism or commentary.

The Defendant has knowingly ignored the summons in this case and has chosen to allow himself to be entered in default. As such, many of the questions below will be answered with "not applicable."

2. **I understand my obligation to preserve information relevant to this action and I am preserving that information now.**

**(Plaintiff)**/Defendant (circle one)

3. **Proposed Schedule:**

All discovery must be completed by **Not applicable**.

    a.    Initial Requests for Documents must be made by **Not applicable**.

    b.    Depositions shall be completed by **Not applicable**.

          i.    Neither party may take more than _____ depositions. Absent an agreement between the parties or an order from the Court, non- party depositions shall follow initial party depositions.

    c.    Documents from Third Parties (such as doctors) will/will not (circle one) be required. If required, the following are the Third Parties from whom the parties will request documents:

       **Not applicable**

          i.    Subpoenas requesting documents from Third Parties must be served by **Not applicable**. Any party that receives a production from a Third Party must provide a copy of that production to all other parties in this action.

    d.    There will/(will not)(circle one) be expert testimony in this case. If expert testimony will be needed, please describe the topic on which each expert is expected to testify.

       **Not applicable**

      i.    Written reports by any expert(s) must be served on the other parties in this action by **Not applicable**. Depositions of experts must be completed by **Not applicable**.

4.    **Early Settlement or Resolution**:

The parties have/have not (circle one) discussed the possibility of settlement. The parties request a settlement conference by no later than **Not applicable**. The following information is needed before settlement can be discussed:

_____

_____

_____

_____

5.    **Other Matters:**

Plaintiff/Defendant (circle one) wishes to discuss the following additional topics at the Initial Case Management Conference.

**Not applicable**
_____

_____

_____

_____

Respectfully submitted this <u>21st</u> day of <u>November, 2025</u>.

<u>*[signature]*</u>
Name

Counsel for _____
(if applicable)

<u>123 W Ridge Ave.</u>
<u>Apt D</u>
Address
<u>acerthorn@yahoo.com</u>
Email
<u>870-204-6516</u>
Phone Number

4