David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                             PLAINTIFF

VS.                              Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                      DEFENDANTS

## CERTIFICATE OF SERVICE

  Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Certificate of Service in the above-styled action.

  Per the Court's instructions in Dkt. 52, Page 26, Lines 23-24, I served Defendant Baz with a paper copy of the Court's Report & Recommendation on February 20, 2026. I also served him by email on that same date, and even CC'd Judge Cisneros in that same email so she can see that I did it.

  So certified on this, the 20th day of February, 2026.

<i>/s/ David Stebbins</i><br>
David Stebbins (Pro se)