David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                     PLAINTIFF

VS.                                    Case 3:24-cv-00398-LJC

THIAGO CHAGAS GARCIA BAZ                                DEFENDANTS

### SUPPLEMENT TO DKT. 55, OBJECTION TO DKT. 52 MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following the following Supplement to my Objection to Magistrate Judge's Report & Recommendation (or R&R for short) in the above-styled action.

1.      In ¶ 2 of the Objection, I referenced "Exhibit A" but did not attach it. To rectify this oversight, I am attaching it now.

2.      I was partially incorrect in the description of the exhibit. YouTube does not explicitly state that it will reinstate the copyright strikes if I prevail, but they heavily imply they will when they say that the copyright strikes "won't be reapplied while legal action is unresolved."

3.      However, my original point still stands. They still *have* to reapply the strikes once I win if they want to keep their safe harbor, whether they agree to or not. So an unambiguous declaration that I did in fact "win" is still ideal for me.

So provided on this, the 5th day of March, 2026.

*/s/ David Stebbins*
David Stebbins (Pro se)