UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

Plaintiff,

v.

THIAGO CHAGAS GARCIA BAZ,

Defendant.

Case No.  24-cv-00398-RFL

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Re: Dkt. No. 52

The Court has reviewed *de novo* Magistrate Judge Lisa J. Cisneros's Report and Recommendation to grant in part default judgment (Dkt. No. 52), as well as the First Amended Complaint (Dkt. No. 8), motion for default judgment and associated exhibits (Dkt. No. 37), Stebbins' video evidence, and the docket in the matter.  The Court has also reviewed Stebbins' objection to the Report and Recommendation and associated supplemental brief (Dkt. Nos. 55, 56).  No objections have been received from Baz.  The Court finds the Report and Recommendation correct, well-reasoned, and thorough, and adopts it in every respect.  Although Baz might have been able to assert a fair use defense regarding his use of Stebbins' work if he had appeared in the case, Baz's default has made that affirmative defense unavailable.  Though it is a close call, fair use is not facially obvious for the reasons explained in the Report.

Accordingly, Stebbins' motion for default judgment is **GRANTED** as to his copyright claims concerning all ten videos and ten songs at issue in the operative complaint (which means he prevailed on all those claims), and otherwise **DENIED** as to the remaining copyright claim concerning the channel icon image.

Default judgment is entered in favor of Stebbins and against Baz in the amount of $1,500

in statutory damages, for the reasons explained in the Report.  The ten songs for which statutory damages are awarded are properly treated as a compilation.  Stebbins has not submitted evidence that each song holds independent economic value beyond their use in his Second Stormcloaks video or in the collection of his videos accessible to those who pay a subscription fee, and it is not evident from the songs themselves that they would have such value.  Moreover, the statutory damages were properly set at $1,500 for the compilation of songs because there is no evidence the songs held meaningful commercial value and the question of fair use was a close call. Declaratory judgment is not warranted where the complaint provides no notice that such relief was sought.

       **IT IS SO ORDERED.**

Dated: March 23, 2026

_____
RITA F. LIN
United States District Judge