UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>          Plaintiff,<br><br>     v.<br><br>THIAGO CHAGAS GARCIA BAZ,<br><br>          Defendant. | Case No.  24-cv-00398-RFL<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 57 |

On March 23, 2026, the Court adopted Magistrate Judge Lisa J. Cisneros' Report and Recommendation and granted in part default judgment.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Plaintiff and against Defendant in the amount of $1,500.  The Clerk of Court shall close the file in this matter.

     **IT IS SO ORDERED.**

Dated: March 23, 2026

 

_____

RITA F. LIN
United States District Judge

1